IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>MJS LAS CROABAS PROPERTIES, INC.<br><br>Debtor. | CASE NO. 12-5710 (ESL)<br><br>Chapter 7 |
| IRIS M. MÉNEZ<br><br>Plaintiff<br><br>v.<br><br>MJS LAS CROABAS PROPERTIES, INC.<br><br>Defendant | Adversary Proceeding No. 13-00005 |

**MOTION IN COMPLIANCE WITH ORDER**

**COMES NOW** the Federal Deposit Insurance Corporation as Receiver for Westernbank Puerto Rico (the "FDIC-R"), through its undersigned counsel and respectfully states, alleges and prays:

1. On May 30, 2014, the Court ordered the FDIC and the Plaintiff to file by today a "joint stipulation or separate motions to identify with specificity where (within the Defendants lots) unit CE-202 at Ocean Club Seven Seas Beach is located, whether or not such lot is mortgaged, if so, when the mortgage was constituted and/or filed at the Property Registry, along with the supporting documentation."

2. The FDIC-R has tried to contact Plaintiff's attorneys without success in order to submit joint stipulations. *See* **Exhibit 1**.

3. The FDIC-R submits the following facts with their supporting documentation, in compliance with the Court's order:

   a. The attached map illustrates where unit CE-202 is located at Ocean Club at Seven Seas. *See* **Exhibit 2**.

   b. Attached are 8 title studies executed on June 9, 2014 (4 days ago), that correspond to each parcel owned by MJS Las Croabas. *See* **Exhibit 3**.

c. Ocean Club at Seven Seas project is a condominium subject to a horizontal property regime.

d. The project was built on the 6 parcels that, according to the title studies, have an entry for deed number three (3) regarding the Constitution of a Horizontal Property Regime, executed in San Juan on February 8, 2007 before notary Carmen L. Sánchez Ríos.

e. The title studies show that the 6 parcels that are subject to the Horizontal Property Regime are parcels 1,723; 2,597; 7,266; 11,831; 11,832; and 15,498.

f. The title studies show that lots numbers 12,229 and 15,144 are not encumbered by deed number three (3) regarding the Constitution of Horizontal Property Regime.

g. Pursuant to deed number thirty three (33) regarding Aggrupation, executed in San Juan on May 11, 2004 before notary Luis Oscar Berríos Orlandi and deed number three (3) regarding Aggregation executed in San Juan on February 1, 2007 before notary Jorge Cela Ureña, the 6 parcels were joined to form an irregular parcel (the "Principal Lot") with the following description:

--- RUSTIC: Plot of land of irregular shape, located in the Las Cabezas ward of the municipality of Fajardo, Puerto Rico, with a surface area measuring NINETY-FIVE THOUSAND, TWO HUNDRED EIGHTY-FIVE POINT FOUR THOUSAND, SIX HUNDRED THIRTY SQUARE METERS (95,285.4630 sqm), bound in the NORTH, at several alignments, with lands belonging to Benigno Robles Quiñones, Municipal Road, Estate of Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles and lands belonging to Iris Mirta Ruiz (now, MJS Las Croabas Properties, Inc.); in the SOUTH, at several alignments, with State Road PR-9987, with lands property of Angel L. Perales Merced, Angel L. Ayala Camacho and Estate of Jesús Belardo; in the EAST, at several alignments, with lands property of Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Estate of Francisco Robles, Rafael Méndez Meléndez, Chiche, plot destined for trailer parks and lands property of Samuel Robles; and in the

WEST, at several alignments, with lands property of Angel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Estate of Jesús Belardo and lands property of Lidia M. Rivera Concepción."

h. Deed number thirty three (33) regarding Aggrupation, executed in San Juan on May 11, 2004 before notary Luis Oscar Berríos Orlandi and deed number three (3) regarding Aggregation executed in San Juan on February 1, 2007 before notary Jorge Cela Ureña are attached hereto as **Exhibits 4 and 5**, respectively.

i. As the title studies show, parcels 1,723; 2,597; 7,266; 11,831; 11,832; and 15,498 were grouped and have an entry for a Deed of Constitution of Horizontal Property Regime.

j. Each of the eight (8) title studies includes the following certification by the title study company: "[w]e hereby CERTIFY that all documents were reviewed and that there has been no document filed under the registry of this lot whereby apartment CE-202 is individualized, separated, sold, or mortgaged."

k. The title studies also show that the 6 parcels on which Apartment CE-202 is built are encumbered by the following mortgages:

    i. Mortgage Deed number 279 executed on May 11, 2004 before Notary Public Francisco J. Biaggi Landrón. This mortgage was filed at the Registry on June 9, 2004 and is yet to be recorded.

    ii. Mortgage Deed number 1,200 executed on November 16, 2004 before Notary Public Gary E. Biaggi Silva. This mortgage was filed at the Registry on December 10, 2004 and is yet to be recorded.

iii. Mortgage Deed number 530 executed on October 5, 2006 before Notary Public Gary E. Biaggi Silva. This mortgage was filed at the Registry on November 1, 2006 and is yet to be recorded.

iv. Mortgage Deed number 740 executed on December 28, 2006 before Notary Public Gary E. Biaggi Silva. This mortgage was filed at the Registry on January 30, 2007 and is yet to be recorded.

l. Because unit CE-202 was built on the mortgaged properties, the mortgages extend to unit CE-202. *See* Articles 160-162 of the Mortgage Law, 30 LPRA §2556-2558.

m. I.e., unit CE-202 is encumbered by mortgages securing payment of $45,048,000 to the FDIC-R.

4. To summarize, CE-202 is located within the Principal Lot, exactly where it is indicated in Exhibit 2. The Principal Lot is encumbered by the four mortgage liens mentioned above, which are held by the FDIC-R. The mortgage liens were filed at the Registry at the dates indicated above.

Respectfully submitted.

In San Juan, Puerto Rico, today June 13, 2014.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered through their attorneys of record.

**NOTICE OF RESPONSE TIME**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this

paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**TORO, COLÓN, MULLET,**
**RIVERA & SIFRE, P.S.C.**
*Counsels for the FDIC-R*
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

/s/MANUEL FERNÁNDEZ-BARED
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

/S/ BRIAN M. DICK-BIASCOECHEA
BRIAN M. DICK-BIASCOECHEA
USDC-PR No. 230903
E-mail: bmd@tcmrslaw.com

**FEDERAL DEPOSIT INSURANCE CORPORATION**
1601 Bryan St., 15th Floor
Dallas, TX 75201
Tel.: (972) 761-2465
Fax: (972) 761-8181

/S/ JEFFREY A. SANDELL
Jeffrey A. Sandell
Arizona Bar No. 020658
E-mail: jsandell@fdic.gov