**Brian M. Dick-Biascoechea**

**From:** Brian M. Dick-Biascoechea
**Sent:** Friday, June 13, 2014 2:39 PM
**To:** 'alfredo@cglawpr.com'
**Subject:** Méndez v. MJS, Court-ordered stipulations

See below.

---

**From:** Brian M. Dick-Biascoechea
**Sent:** Friday, June 13, 2014 2:32 PM
**To:** 'alfredo@castlawfirm.com'; 'anabelleq@hotmail.com'
**Cc:** Sandell, Jeffrey (jsandell@FDIC.gov); Manuel Fernandez Bared
**Subject:** Méndez v. MJS, Court-ordered stipulations

Dear Counsels:

My name is Brian Dick Biascoechea and, together with Manuel Fernández Bared and Jeff Sandell (copied), represent the FDIC in the referenced adversary case. As you know, on May 30, 2014, the Court ordered your client, Iris Mirta Méndez, and the FDIC to file a joint stipulation or separate motions "to identify with specificity where (within the Defendants lots) unit CE-202 at Ocean Club Seven Seas Beach is located, whether or not such lot is mortgaged, if so, when the mortgage was constituted and/or filed at the Property Registry, along with the supporting documentation." Dkt. 48. **The due date is today.**

I have tried multiple times to reach you at the phone numbers referenced in the docket and have left messages with Mr. Castellanos's secretary and in Ms. Quiñonez's voice mail, but I have received no response. We drafted proposed stipulations and will be submitting them in the form of a motion since we have not been able to contact you within the term set by the Court. Feel free to contact me if you have any questions.

Best regards,

Brian M. Dick-Biascoechea
Toro, Colón, Mullet, Rivera & Sifre, PSC
PO Box 195383
San Juan, Puerto Rico 00919-5383

Union Plaza, Suite 311
416 Ponce de León Ave.
San Juan, Puerto Rico 00918
Fax (787) 763-7760
Tel. (787) 751-8999

CONFIDENTIALITY NOTE: This communication contains information belonging to **Toro, Colón, Mullet, Rivera & Sifre, P.S.C.** which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.