# THE OCEAN CLUB

*At Seven Seas*

## Site Plan

- THE LIGHTHOUSE VILLAGE
- SUNSET VILLAGE
- SEVEN SEAS VILLAGE
- SUNRISE VILLAGE
- OCEAN VIEW DRIVE
- MARINA LANE

1. GUARD HOUSE
2. FOUNTAIN
3. CLUBHOUSE
4. GAZEBO
5. SWIMMING POOL
6. ADMINISTRATION BUILDUING
7. KIDS POOL
8. OCEAN CLUB GAZEBO
9. PLAYGROUND AREA
10. BEACH VOLLEYBALL COURT
11. TENNIS COURT
12. BASKETBALL COURT







**787.240.9000 • 787.756.6860**

ROAD 9987, KM. 6.0, LAS CROABAS, FAJARDO, PUERTO RICO
(PAST EL CONQUISTADOR RESORT)

www.cecy.com

THE ILLUSTRATIONS ARE SOLELY THE INTERPRETATION OF THE ARTIST. FOR PRECISE DETAILS, PLEASE REFER TO THE PROJECT'S CONSTRUCTION AND DEVELOPMENT PLANS AND TO SPECIFICATIONS WHICH PREVAIL OVER THIS BROCHURE. THE DEVELOPER RESERVES THE RIGHT TO MODIFY THE PROJECT'S CONSTRUCTION AND DEVELOPMENT PLANS, SPECIFICATIONS, AND MEASUREMENTS, IF NECESSARY, AND TO SUBSTITUTE MATERIALS WITH OTHERS OF THE SAME QUALITY IF THESE ARE NOT AVAILABLE WHEN REQUIRED FOR CONSTRUCTION. ELECTRICAL APPLIANCES ARE NOT INCLUDED. "DACO" NOTICE AND CLARIFICATION: THE FILING OF THIS OFFER WITH THE CONSUMERS AFFAIRS DEPARTMENT "DACO" DOES NOT NECESSARILY CONSTITUTE AN APPROVAL FROM THE SALES DEPARTMENT OR THE TERMS OF THE SALE, NOR A GUARANTEE THAT THE INFORMATION APPEARING HEREIN IS TRUE AND CORRECT.

TGD-1000B - PARADIGM ASSOCIATES 08/16/12

CECY ALFONSO Real Estate Marketing & Sales Lic. #E48

CecyAlfonsoRealEstate

TRIGILD

MJS LAS CROABAS PROPERTIES, INC.

Equal Housing Opportunity

Equal Housing Lender