# LEGAL OPS, Inc.

P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.

**IN REFERENCE OF**: MJS Las Croabas Properties, Inc.

**REQUESTED BY**: Deborah Figueroa-Pérez/ Toro, Colón, Mullet, Rivera & Sifre, P.S.C.

**LOT NUMBER**: Lot number 1,723 of Fajardo, Real Property Registry of Puerto Rico, Fajardo Section

**DESCRIPTION**: (*As it is recorded in the Spanish language*)

RÚSTICA: Finca compuesta de diecinueve punto treinta y ocho (19.38) cuerdas de terreno, equivalentes a siete hectáreas y sesenta y una áreas y setenta centiáreas, sita en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico. En lindes por el **NORTE,** con Félix Robles Alberty y Martina Robles; por el **SUR**, con Pedro Rivera; por el **ESTE** con Félix Robles Alberty, Francisco Robles y Rosendo Ríos; y por el **OESTE,** con Elisa Collado y José Robles.

Recorded at page number eighty four (84) of volume number three hundred eighty nine (389) of Fajardo, Lot number one thousand seven hundred twenty three (1,723), Registry of the Property of Puerto Rico, Fajardo Section.

**ORIGIN:**

Formed by grouping from lots number five hundred fifty seven (557); one thousand three hundred sixty three (1,363); one thousand three hundred sixty four (1,364); one thousand five hundred fifty five (1,555) and one thousand six hundred fifty nine (1,659), recorded at page 171; 231; 236; 67; 61 and 242, of volume 12; 36; 36; 43; 43 and 47, respectively of Fajardo.

**OWNERSHIP**:

Recorded in favor of **Grand Bay Properties, Inc.** whom acquired through purchase made to the prior owners, Crown Investment Corporation, for the sum of $2,000,000.00, responding this property in the amount of $1,458,709.00, pursuant to deed number four (4), executed in San Juan, on November 10, 1999, before notary Fernando Molini Vizcarrondo, recorded on mobile volume number one (1) of Fajardo, under lot number one thousand seven hundred twenty three (1,723), on its eighth (8th) inscription.

**LIENS AND ENCUMBRANCES:**

*By reason of its origin:*

Free of Liens

*By reason of itself:*

Free of Liens

**DOCUMENTS FILED UNDER THE REGISTRY OF THIS LOT AND PENDING INSCRIPTION**:

At **ENTRY 775** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number thirty three (33) about **Aggrupation**, executed in San Juan on May 11, 2004 before notary Luis Oscar Berríos Orlandi, by which lot number one thousand seven hundred twenty three (1,723), lot number two thousand five hundred ninety seven (2,597), lot number eleven thousand eight hundred thirty one (11,831), and lot number eleven thousand eight hundred thirty two (11,832) are grouped forming a parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, which is sold to MJS Las Croabas Properties, Inc., for a price of $4,000,000.00. The grouped parcel is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 91,381.413 metros cuadrados, equivalentes a 23.25 cuerdas, en lindes por el NORTE, en varias alineaciones, con terrenos de la Sucesión Juan F. Méndez, Sucesión Francisco Robles, Rafael Méndez, Samuel Robles, Sucesión Valentín de Jesús Belardo, camino de acceso y Benigno Robles Quíñones, por el SUR, en varias alineaciones, con camino municipal que conduce a las Croabas y con terrenos de Ángel L. Ayala, Ángel L. Pereles y Angelina del C. Belardo, por el ESTE, en varias alineaciones, con Craig Yacoc, Sucesión Juan F. Méndez, Sucesión Francisco Robles y Rafael Méndez y por el OESTE, en varias alineaciones, con Angelina del C. Belardo, José González y Benigno Robles Quiñones y Consuelo Robles.

By the same document the mortgage in the principal amount $1,833,000.00 is cancelled.

At **ENTRY 776** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number two hundred seventy nine (279) about **Mortgage**, executed in San Juan on May 11, 2004 before notary Francisco J. Biaggi Landrón, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $4,000,000.00, with interest at the Prime rate, and due on demand.

At **ENTRY 1,354** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred (1,200) about **Mortgage**, executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $29,000,000.00, with an annual interest of 1% over the Prime rate, and due on demand.

At **ENTRY 1,355** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred one (1,201) about **Mortgage Subordination of Mortgage**, executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, whereas the rank of the mortgage for the amount of $4,000,000.00 (filed at entry 776 of daily book 268) will be subordinated in favor of the mortgage in the amount of $29,000,000.00 in favor of Westernbank.

At **ENTRY 1,099** of **ENTRY BOOK 282**, on September 20,2006 it was filed for record deed number thirty five (35) about **Restrictive Conditions**, executed in San Juan on September 15, 2006 before notary Luis Oscar Berríos Orlandi, by which

MJS Las Croabas Properties, Inc., Westernbank Puerto Rico, Conservation Trust of Puerto Rico and the Developer, constitute over the property with an area of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to ( twenty three point twenty five (23.25) "cuerdas", which was formed by the grouping of four properties numbered 11,831; 11,832; 2,597 and 1,723, restrictive conditions to protect the natural reserve Las Cabezas of San Juan. In the document it is also expressed that the Developer is building walkup structures.

By the same document, Westernbank Puerto Rico subordinates mortgages of $4,000,000.00 and $29,000,000.00, in favor of the restrictive conditions that are hereon mentioned. Corporate Resolutions of MSJ Las Croabas, Inc. are included.

At **ENTRY 555** of **ENTRY BOOK 283**, on November 1, 2006 it was filed for record the deed number five hundred thirty (530) about **Mortgage**, executed in San Juan on October 5, 2006 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to (twenty three point twenty five (23.25) "cuerdas", securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,048,000.00, with annual interest of 1% over the Prime rate, due on demand.

At **ENTRY 1,238** of **ENTRY BOOK 283**, on November 29, 2006 it was filed for record a Certification dated November 13, 2006 about **Easement,** in favor of the Puerto Rico Electric Power Authority.

At **ENTRY 1,009** of **ENTRY BOOK 284**, on January 30, 2007 it was filed for record the deed number seven hundred forty (740) about **Mortgage**, executed in San Juan on December 28, 2006 before notary Gary E. Biaggi Silva, by which MJS Las Croabas Properties, Inc. constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,000,000.00, with annual interest of 1% over Prime Rate, and due on demand.

At **ENTRY 1** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number three (3) about **Aggregation** executed in San Juan on February 1, 2007 before notary Jorge Cela Ureña, by which MJS Las Croabas Properties, Inc. aggregates the property identified as parcel one ("PARCELA UNO") with an area of ninety one thousand three hundred eighty one point four hundred thirteen (91,381.413) square meters, equivalent to twenty three point twenty five (23.25) "cuerdas" to parcel two ("PARCELA DOS"), property number seven thousand sixty six (7,266) of two thousand six hundred fifty four point twenty six (2,654.26) square meters; and to parcel three ("PARCELA TRES"), lot number fifteen thousand four hundred ninety eight (15,498) of one thousand two hundred forty nine point seventy nine (1,249) square meters; as to form a sole parcel or property under property number of parcel one ("PARCELA UNO"). It is assigned a value of $300,000.00 to parcel number two and $165,000.00 to parcel number three. The description of parcel one ("PARCELA UNO") after the aggregation will be as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 95,285.4630 metros cuadrados, en lindes por el Norte, en varias alineaciones, con terrenos de Benigno Robles Quiñones, Camino Municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora, MJS Las Croabas Properties, Inc.); por el Sur, en varias alineaciones, con la Carretera PR-9987, con terrenos propiedad de Angel L. Perales Merced, Angel L. Ayala Camacho y Sucesión de Jesús Belardo; por el Este, en varias alineaciones, con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Meléndez, Chiche, predio destinado a aparcamiento de arrastres ("Trailers Park") y terrenos propiedad de Samuel Robles; y por el Oeste, en

> varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 2** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number four (4) about **Segregation of Parcel for Public Use**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which two pieces of land are segregated. The first one measures one thousand five hundred fifty point one thousand four hundred seventy eight (1,550.1478) square meters identified as "The Ocean Club at Seven Seas", PR NEW 9987 R.O.W. No. 1, as per ARPE authorization, Resolution dated November 15, 2006, Case Number 061U2CET00-11060; and the second one, identified as "The Ocean Club at Seven Seas", as per PR NEW 9987 R.O.W. No. 2 measuring sixteen point six thousand six hundred thirty five (16.6635). It was assigned a value of $1.00 each and the remnant measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen ( 93,718.6517) square meters is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 93,718.6517 metros cuadrados, en lindes por el Norte, en varias alineaciones, con terrenos de Benigno Robles Quiñones, Camino Municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora MJS Las Croabas Properties, Inc.); por el Sur, en varias alineaciones, con la Carretera PR-9987, con terrenos propiedad de L. Perales Merced, Ángel L. Ayala Camacho y Sucesión de Jesús Belardoi por el Este, en varias alineaciones, con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Méndez, Chiche, predio destinado a aparcamiento de arrastres ("Trailers Park") y terrenos propiedad de Samuel Robles; y por el Oeste, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 3** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number five (5) about **Equity Easement**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which restrictive or equity conditions, with an assigned value of $100.00, are constituted on parcel one (1), two (2) and three (3).

Parcel ONE - aggregated lot of ninety three thousand seven hundred eighteen point six thousand five hundred seventeen ( 93,718.6517) square meters, where the multi familiar project Condominio The Ocean Club at Seven Seas is being developed;

Parcel TWO - community facilities (lot number fifteen thousand one hundred forty four (15144) recorded at page number one hundred sixty four (164) of volume number three hundred fifty two (352) of Fajardo, property of MJS Las Croabas Properties, Inc.;

Parcel THREE - "Future Development" (actually optioned lot) lot recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo.

At **ENTRY 66** of **ENTRY BOOK 285,** on March 6, 2007 it was filed for record the deed number three (3) about **Constitution of Horizontal Property Regime**, executed in San Juan on February 8, 2007 before notary Carmen L. Sánchez Ríos, by which MJS Las Croabas Properties, Inc. converts and submits this property to a Horizontal Property Regime to be known as Condominium The Ocean Club at Seven Seas, with an assigned value of $59,000,000.00, which includes three hundred (300) apartments, six hundred (600) parking spaces (two (2) per apartment) for residents and one hundred and one (101) parking spaces for visitors; which apartments will be divided in four (4) buildings identified as: The Lighthouse Village, The Sunset Village, The Seven Seas Village and The Sunrise Village. The following documents are included as supplementary documents: Deed number five

(5) about First Amendment to Conversion of Property to Horizontal Property Regime as the Ocean Club Condo at Seven Seas and deed number twelve (12) about Correcting Act (Acta de Clarificación), both executed in San Juan on March 14, 2007, before notary Carmen I. Sánchez Ríos; ARPE approved Certified Plans; Certified Corporate Resolution; Charter Value dated January 18, 2007, prepared by Javier E. Porrata.

At **ENTRY 1101** of **DAILY BOOK 289**, on March 4, 2008 was filed for record deed number six (6) about **Modification of Mortgage**, executed in San Juan, before notary Juan C. Salich Pou, on February 21, 2008 to be recorded under Property A measuring nine three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters (pending on entry number two (2) of daily book number two hundred eight five (285); and under Property B, measuring three point sixty three (3.63) "cuerdas", lot twelve thousand two hundred twenty nine (12,229).

Property A is affected by the following mortgages:

a. $4,000,000.00
b. $29,000,000.00
c. $6,048,000.00
d. $6,000,000.00

The same document includes lot number twelve thousand two hundred twenty nine (12,229) as collateral of mortgage "c" of $6,048,000.00.

Mortgage "c" is amended and the obligation is re distributed as follows:

Parcel A, measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, will respond to the principal obligation of $41,882,000.00 from mortgages "a", "b", "c" and "d".

Parcel B, lot number one thousand two hundred twenty nine (1,229), will respond to $3,166,000.00 from mortgage "c".

At **ENTRY 1111** of **DAILY BOOK 310**, on February 24 4, 2014 was filed for record deed number one (1) about **Ammendment to the Regulations of The Ocean Club at the Seven Seas**, executed in San Juan, before notary Roberto A. Rivera Ruiz, by which Eric Castrodad Ortiz, single, President of the Board of Directors of Condominium The Ocean Club, submits for its inscription a New Regulation of Administration and Co Ownership of Condominium The Ocean Club at the Seven Seas.

The following complementary documents were included:

1. Certification
2. Announcement of the Ordinary Meeting
3. Minutes of the Ordinary Meeting

**OBSERVATIONS:**

**Various other documents concerning transactions related to individual units of Condominium The Ocean Club at the Seven Seas have been filed and are pending Inscription. Based on client's instruction to limit the study to filings related to the Principal Lot ("Finca Matriz"), they are not detailed in the updated title study. Nonetheless we hereby CERTIFY that all documents were reviewed and that there has been no document filed under the registry of this lot whereby apartment CE-202 is individualized, separated, sold, or mortgaged.**

**REVIEWED**:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010, Judgments, and Electronic Daily Log provided by the Registry Clerk under this lot number one thousand twenty three (1,723), today, June 9, 2014.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc

# LEGAL OPS, Inc.

P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

**NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.**

**IN REFERENCE OF**: MJS Las Croabas Properties, Inc.

**REQUESTED BY**: Deborah Figueroa-Pérez/ Toro, Colón, Mullet, Rivera & Sifre, P.S.C.

**LOT NUMBER**: Lot number 2,597 of Fajardo, Real Property Registry of Puerto Rico, Fajardo Section

**DESCRIPTION**: (*As it is recorded in the Spanish language*)

RÚSTICA: Parcela compuesta de una (1) cuerda de terreno, equivalente a treintas y nueve áreas y treinta centiáreas sita en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico. En lindes por el **NORTE**, con francisco Robles Alvira; por el **SUR**, con Felix Robles Albert; por el **ESTE**, con Juan Francisco Méndez y Francisco Robles Alvira; y por el **OESTE**, con Martín C. Clapp y Henry Klumb.

Recorded at page number ninety-seven (97) of volume number eighty (80) of Fajardo, Lot number two thousand five hundred ninety seven (2,597), Real Property Registry of Puerto Rico, Fajardo Section.

**ORIGIN:**

It is formed by judicial order.

**OWNERSHIP**:

Recorded in favor of **Grand Bay Properties, Inc.** whom acquired through purchase made to the prior owners, Crown Investment Corporation, for the sum of $2,000,000.00, responding this property in the amount of $86,000.00, pursuant to deed number four (4), executed in San Juan, on November 10, 1999, before notary Fernando Molini Vizcarrondo, recorded in the mobile volume one (1) under lot number two thousand five hundred ninety seven (2,597), on its fifth (5th) inscription.

**LIENS AND ENCUMBRANCES:**

*By reason of its origin:*

Free of Liens

*By reason of itself:*

Free of Liens

**DOCUMENTS FILED UNDER THE REGISTRY OF THIS LOT AND PENDING INSCRIPTION**:

At **ENTRY 775** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number thirty three (33) about **Aggrupation**, executed in San Juan on May 11, 2004 before notary Luis Oscar Berríos Orlandi, by which lot number one thousand seven hundred twenty three (1,723), lot number two thousand five hundred ninety seven (2,597), lot number eleven thousand eight hundred thirty one (11,831), and lot number eleven thousand eight hundred thirty two (11,832) are grouped forming a parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, which is sold to MJS Las Croabas Properties, Inc., for a price of $4,000,000.00. The grouped parcel is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 91,381.413 metros cuadrados, equivalentes a 23.25 cuerdas, en lindes por el **NORTE**, en varias alineaciones, con terrenos de la Sucesión Juan F. Méndez, Sucesión Francisco Robles, Rafael Méndez, Samuel Robles, Sucesión Valentín de Jesús Belardo, camino de acceso y Benigno Robles Quíñones, por el **SUR**, en varias alineaciones, con camino municipal que conduce a las Croabas y con terrenos de Ángel L. Ayala, Ángel L. Pereles y Angelina del C. Belardo, por el **ESTE**, en varias alineaciones, con Craig Yacoc, Sucesión Juan F. Méndez, Sucesión Francisco Robles y Rafael Méndez y por el **OESTE**, en varias alineaciones, con Angelina del C. Belardo, José González y Benigno Robles Quiñones y Consuelo Robles.

By the same document the mortgage in the principal amount $1,833,000.00 is cancelled.

At **ENTRY 776** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number two hundred seventy nine (279) about **Mortgage**, executed in San Juan on May 11, 2004 before notary Francisco J. Biaggi Landrón, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $4,000,000.00, with interest at the Prime rate, and due on demand.

At **ENTRY 1,354** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred (1,200) about **Mortgage**, executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $29,000,000.00, with an annual interest of 1% over the Prime rate, and due on demand.

At **ENTRY 1,355** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred one (1,201) about **Mortgage Subordination of Mortgage**, executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, whereas the rank of the mortgage for the amount of $4,000,000.00 (filed at entry 776 of daily book 268) will be subordinated in favor of the mortgage in the amount of $29,000,000.00 in favor of Westernbank.

At **ENTRY 1,099** of **ENTRY BOOK 282**, on September 20,2006 it was filed for record deed number thirty five (35) about **Restrictive Conditions**, executed in San Juan on September 15, 2006 before notary Luis Oscar Berríos Orlandi, by which MJS Las Croabas Properties, Inc., Westernbank Puerto Rico, Conservation Trust of Puerto Rico and the Developer, constitute over the property with an area of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to ( twenty three point twenty five (23.25) “cuerdas”,

which was formed by the grouping of four properties numbered 11,831; 11,832; 2,597 and 1,723, restrictive conditions to protect the natural reserve Las Cabezas of San Juan. In the document it is also expressed that the Developer is building walkup structures.

By the same document, Westernbank Puerto Rico subordinates mortgages of $4,000,000.00 and $29,000,000.00, in favor of the restrictive conditions that are hereon mentioned. Corporate Resolutions of MSJ Las Croabas, Inc. are included.

At **ENTRY 555** of **ENTRY BOOK 283**, on November 1, 2006 it was filed for record the deed number five hundred thirty (530) about **Mortgage**, executed in San Juan on October 5, 2006 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to (twenty three point twenty five (23.25) "cuerdas", securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,048,000.00, with annual interest of 1% over the Prime rate, due on demand.

At **ENTRY 1,238** of **ENTRY BOOK 283**, on November 29, 2006 it was filed for record a Certification dated November 13, 2006 about **Easement,** in favor of the Puerto Rico Electric Power Authority.

At **ENTRY 1,009** of **ENTRY BOOK 284**, on January 30, 2007 it was filed for record the deed number seven hundred forty (740) about **Mortgage**, executed in San Juan on December 28, 2006 before notary Gary E. Biaggi Silva, by which MJS Las Croabas Properties, Inc. constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,000,000.00, with annual interest of 1% over Prime Rate, and due on demand.

At **ENTRY 1** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number three (3) about **Aggregation** executed in San Juan on February 1, 2007 before notary Jorge Cela Ureña, by which MJS Las Croabas Properties, Inc. aggregates the property identified as parcel one ("PARCELA UNO") with an area of ninety one thousand three hundred eighty one point four hundred thirteen (91,381.413) square meters, equivalent to twenty three point twenty five (23.25) "cuerdas" to parcel two ("PARCELA DOS"), property number seven thousand sixty six (7,266) of two thousand six hundred fifty four point twenty six (2,654.26) square meters; and to parcel three ("PARCELA TRES"), lot number fifteen thousand four hundred ninety eight (15,498) of one thousand two hundred forty nine point seventy nine (1,249) square meters; as to form a sole parcel or property under property number of parcel one ("PARCELA UNO"). It is assigned a value of $300,000.00 to parcel number two and $165,000.00 to parcel number three. The description of parcel one ("PARCELA UNO") after the aggregation will be as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 95,285.4630 metros cuadrados, en lindes por el Norte, en varias alineaciones, con terrenos de Benigno Robles Quiñones, Camino Municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora, MJS Las Croabas Properties, Inc.); por el Sur, en varias alineaciones, con la Carretera PR-9987, con terrenos propiedad de Angel L. Perales Merced, Angel L. Ayala Camacho y Sucesión de Jesús Belardo; por el Este, en varias alineaciones, con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Meléndez, Chiche, predio destinado a aparcamiento de arrastres ("Trailers Park") y terrenos propiedad de Samuel Robles; y por el Oeste, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 2** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number four (4) about **Segregation of Parcel for Public Use**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which two pieces of land are segregated. The first one measures one thousand five hundred fifty point one thousand four hundred seventy eight (1,550.1478) square meters identified as "The Ocean Club at Seven Seas", PR NEW 9987 R.O.W. No. 1, as per ARPE authorization, Resolution dated November 15, 2006, Case Number 061U2CET00-11060; and the second one, identified as "The Ocean Club at Seven Seas", as per PR NEW 9987 R.O.W. No. 2 measuring sixteen point six thousand six hundred thirty five (16.6635). It was assigned a value of $1.00 each and the remnant measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen ( 93,718.6517) square meters is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 93,718.6517 metros cuadrados, en lindes por el Norte, en varias alineaciones, con terrenos de Benigno Robles Quiñones, Camino Municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora MJS Las Croabas Properties, Inc.); por el Sur, en varias alineaciones, con la Carretera PR-9987, con terrenos propiedad de L. Perales Merced, Ángel L. Ayala Camacho y Sucesión de Jesús Belardoi por el Este, en varias alineaciones, con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Méndez, Chiche, predio destinado a aparcamiento de arrastres ("Trailers Park") y terrenos propiedad de Samuel Robles; y por el Oeste, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 3** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number five (5) about **Equity Easement**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which restrictive or equity conditions, with an assigned value of $100.00, are constituted on parcel one (1), two (2) and three (3).

Parcel ONE - aggregated lot of ninety three thousand seven hundred eighteen point six thousand five hundred seventeen ( 93,718.6517) square meters, where the multi familiar project Condominio The Ocean Club at Seven Seas is being developed;

Parcel TWO - community facilities (lot number fifteen thousand one hundred forty four (15144) recorded at page number one hundred sixty four (164) of volume number three hundred fifty two (352) of Fajardo, property of MJS Las Croabas Properties, Inc.;

Parcel THREE - "Future Development" (actually optioned lot) lot recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo.

At **ENTRY 66** of **ENTRY BOOK 285,** on March 6, 2007 it was filed for record the deed number three (3) about **Constitution of Horizontal Property Regime**, executed in San Juan on February 8, 2007 before notary Carmen L. Sánchez Ríos, by which MJS Las Croabas Properties, Inc. converts and submits this property to a Horizontal Property Regime to be known as Condominium The Ocean Club at Seven Seas, with an assigned value of $59,000,000.00, which includes three hundred (300) apartments, six hundred (600) parking spaces (two (2) per apartment) for residents and one hundred and one (101) parking spaces for visitors; which apartments will be divided in four (4) buildings identified as: The Lighthouse Village, The Sunset Village, The Seven Seas Village and The Sunrise Village. The following documents are included as supplementary documents: Deed number five (5) about First Amendment to Conversion of Property to Horizontal Property Regime as the Ocean Club Condo at Seven Seas and deed number twelve (12) about Correcting Act (Acta de Clarificación), both executed in San Juan on March

14, 2007, before notary Carmen I. Sánchez Ríos; ARPE approved Certified Plans; Certified Corporate Resolution; Charter Value dated January 18, 2007, prepared by Javier E. Porrata.

At **ENTRY 1101** of **DAILY BOOK 289**, on March 4, 2008 was filed for record deed number six (6) about **Modification of Mortgage**, executed in San Juan, before notary Juan C. Salich Pou, on February 21, 2008 to be recorded under Property A measuring ninety-three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters (pending on entry number two (2) of daily book number two hundred eight five (285); and under Property B, measuring three point sixty three (3.63) "cuerdas", lot twelve thousand two hundred twenty nine (12,229).

Property A is affected by the following mortgages in favor of Westernbank Puerto Rico:

a. $4,000,000.00
b. $29,000,000.00
c. $6,048,000.00
d. $6,000,000.00

The same document includes lot number twelve thousand two hundred twenty nine (12,229) as collateral of mortgage "c" of $6,048,000.00.

Mortgage "c" is amended and the obligation is re distributed as follows:

Parcel A, measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, will respond to the principal obligation of $41,882,000.00 from mortgages "a", "b", "c" and "d".

Parcel B, lot number twelve thousand two hundred twenty nine (12,229), will respond to $3,166,000.00 from mortgage "c".

At **ENTRY 1111** of **DAILY BOOK 310**, on February 24 4, 2014 was filed for record deed number one (1) about **Ammendment to the Regulations of The Ocean Club at the Seven Seas**, executed in San Juan, before notary Roberto A. Rivera Ruiz, by which Eric Castrodad Ortiz, single, President of the Board of Directors of Condominium The Ocean Club, submits for its inscription a New Regulation of Administration and Co Ownership of Condominium The Ocean Club at the Seven Seas.

The following complementary documents were included:

1. Certification
2. Announcement of the Ordinary Meeting
3. Minutes of the Ordinary Meeting

**OBSERVATIONS:**

**Various other documents concerning transactions related to individual units of Condominium The Ocean Club at the Seven Seas have been filed and are pending Inscription. Based on client's instruction to limit the study to filings related to the Principal Lot ("Finca Matriz"), they are not detailed in the updated title study. Nonetheless we hereby CERTIFY that all documents were reviewed and that there has been no document filed under the registry of this lot whereby apartment CE-202 is individualized, separated, sold, or mortgaged.**

**REVIEWED**:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010, Judgments, and Electronic Daily Log provided by the Registry Clerk under this lot number two thousand five hundred ninety seven (2,597), today, June 9, 2014.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc

# LEGAL OPS, Inc.

P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

**NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.**

| | |
|---|---|
| **IN REFERENCE OF**: | MJS Las Croabas Properties, Inc. |
| **REQUESTED BY**: | Deborah Figueroa-Pérez/ Toro, Colón, Mullet, Rivera & Sifre, P.S.C. |
| **LOT NUMBER**: | Lot number 7,266 of Fajardo, Real Property Registry of Puerto Rico, Fajardo Section |

**DESCRIPTION**: (*As it is recorded in the Spanish language*)

URBANA: Solar radicado en el Barrio Cabezas del municipio de Fajardo, con una cabida superficial de dos mil seiscientos cincuenta y cuatro punto veintiséis (2,654.26) metros cuadrados. En lindes por el **NORTE,** en veinte punto veinte (20.20) metros, con terrenos propiedad de José Robles; por el **SUR,** en cuarenta (40.00) metros cuadrados, con un camino municipal; por el **ESTE**, en noventa punto diez (90.10) metros, con terrenos propiedad de Arcadia Robles Morales; y por el **OESTE**, en ochenta y nueve (89.00) metros con el solar B.

Enclava en el solar antes descrito una casa construida con su torta de concreto que mide dieciocho (18) pies de frente por veinte (20) pies de fondo.

Recorded at page number one hundred forty six (146) of volume number two hundred two (202) of Fajardo, Lot number seven thousand two hundred sixty six (7,266), Registry of the Property of Puerto Rico, Fajardo Section.

**ORIGIN:**

Segregated from lot number seven thousand five (7,005), recorded at page number thirty five (35) of volume number one hundred ninety eight (198) of Fajardo.

**OWNERSHIP**:

Recorded in favor of **Angelina Del Carmen Belardo Rivera**, married to Eusebio García whom acquired through adjudication proceeding in liquidation of legal communal property from José Carlos Belardo Rivera, married to América Garay; Angel Enrique Belardo Rivera married to Amelia Pérez, for a value of $5,000.00, pursuant to deed number one hundred fifty one (151), executed in Fajardo, on August 16, 1972, before notary José M. Lugo Zalduondo, recorded at page number one hundred forty six of volume two hundred two (202) of Fajardo, under lot number seven thousand two hundred sixty six (7,266), on its first (1st) inscription.

**LIENS AND ENCUMBRANCES:**

*By reason of its origin:*

Free of Liens

*By reason of itself:*

Free of Liens

**DOCUMENTS FILED UNDER THE REGISTRY OF THIS LOT AND PENDING INSCRIPTION**:

At **ENTRY 385** of **DAILY BOOK 280**, on Abril 11, 2006 it was filed for record the deed number twelve (12) about **Purchase and Sale Agreement** executed in San Juan on March 21, 200 before notary Luis Oscar Berríos Orlandi by which MJS Las Coabas Properties, Inc. buys lot number seven thousand two hundred sixty six (7,266) in the amount of $300,000.00 from Angelina Belardo Rivera, also known as, Angelina Del Carmen Belardo Rivera.

At **ENTRY 1** of **DAILY BOOK 285**, on March 2, 2007 it was filed for record the deed number three (3) about **Aggregation** executed in San Juan on February 1, 2007 before notary Jorge Cela Ureña, by which MJS Las Croabas Properties, Inc. groups the property identified as parcel one ("PARCELA UNO") with an area of ninety one thousand three hundred eighty one point four hundred thirteen (91,381.413) square meters, equivalent to twenty three point twenty five (23.25) "cuerdas" to parcel two ("PARCELA DOS"), property number seven thousand sixty six (7,266) of two thousand six hundred fifty four point twenty six (2,654.26) square meters; and to parcel three ("PARCELA TRES"), lot number fifteen thousand four hundred ninety eight (15,498) of one thousand two hundred forty nine point seventy nine (1,249) square meters; as to form a sole parcel or property under property number of parcel one ("PARCELA UNO"). It is assigned a value of $300,000.00 to parcel number two and $165,000.00 to parcel number three. The description of parcel one ("PARCELA UNO") after the aggregation will be as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de noventa y cinco mil doscientos ochenta y cinco punto cuatro mil seiscientos treinta metros cuadrados en lindes por el **NORTE**, en varias alineaciones, con terrenos de Benigno Robles Quiñones, camino municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora MJS Las Croabas Properties, Inc.); por el **SUR**, en varias alineaciones, con la carretera PR-9987, con terrenos propiedad de Ángel L. Ayala Camacho y Sucesión de Jesús Belardo; por el **ESTE**, en varias alineaciones con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Meléndez, Chiche, predio destinado a aparcamiento de arrastres (trailers park) y terrenos propiedad de Samuel Robles; y por el **OESTE**, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sullivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 2** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number four (4) about **Segregation of Parcel for Public Use**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which two pieces of land are segregated. The first one measures one thousand five hundred fifty point one thousand four hundred seventy eight (1,550.1478) square meters identified as "The Ocean Club at Seven Seas", PR NEW 9987 R.O.W. No. 1, as per ARPE authorization, Resolution dated November 15, 2006, Case Number 061U2CET00-11060; and the second one, identified as "The Ocean Club at Seven Seas", as per PR NEW 9987 R.O.W. No. 2 measuring sixteen point six thousand six hundred

thirty five (16.6635). It was assigned a value of $1.00 each and the remnant measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de noventa y tres mil setecientos dieciocho punto seis mil quinientos diecisiete (93,718.6517) metros cuadrados, en lindes por el **NORTE**, en varias alineaciones, con terrenos de Benigno Robles Quíñones, camino municipal, sucesión de Jesús Belardo, Lydia M. Rivera Cocepción, Samuel Robles, Chiche, Eliezer Robles, y terrenos propiedad de Iris Mirta Ruiz (ahora MJS Las Croabas Properties, Inc.); por el **SUR**, en varias alineaciones, con la carretera PR-9987, con terrenos propiedad de Ángel L. Ayala Camacho y Sucesión de Jesús Belardo; por el **ESTE**, en varias alineaciones con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Meléndez, Chiche, predio destinado a aparcamiento de arrastres (trailers park) y terrenos propiedad de Samuel Robles; y por el **OESTE**, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sullivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 3** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number five (5) about **Equity Easement**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which restrictive or equity conditions are constituted, with an assigned value of $100.00, on parcel one (1) and two (2) ("PARCELA UNO Y DOS")

Parcel ONE - aggregated lot of ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, where the multi familiar project Condominio The Ocean Club at Seven Seas is being developed;

Parcel TWO - community facilities (lot number fifteen thousand one hundred forty four (15144) recorded at page number one hundred sixty four (164) of volume number three hundred fifty two (352) of Fajardo, property of MJS Las Croabas Properties, Inc.;

Parcel THREE - "Future Development" (actually optioned lot) lot recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo.

At **ENTRY 66** of **ENTRY BOOK 285,** on March 6, 2007 it was filed for record the deed number three (3) about **Constitution of Horizontal Property Regime**, executed in San Juan on February 8, 2007 before notary Carmen L. Sánchez Ríos, by which MJS Las Croabas Properties, Inc. converts and submits this property to a Horizontal Property Regime to be known as Condominium The Ocean Club at Seven Seas, with an assigned value of $59,000,000.00, which includes 300 apartment, six hundred parking spaces (two per apartment) for residents and one hundred and one parking spaces for visitors; which apartments will be divided in four buildings identified as: The Lighthouse Village, The Sunset Village, The Seven Seas Village and The Sunrise Village. The following documents are included as supplementary documents: Deed number five (5) about First Amendment to Conversion of Property to Horizontal Property Regime as the Ocean Club Condo at Seven Seas and deed number twelve (12) about Correcting Act (Acta de Clarificación), both executed in San Juan on March 14, 2007, before notary Carmen I. Sánchez Ríos; ARPE approved Certified Plans; Certified Corporate Resolution; Charter Value dated January 18, 2007, prepared by Javier E. Porrata.

At **ENTRY 1101** of **DAILY BOOK 289**, on March 4, 2008 was filed for record deed number six (6) about **Modification of Mortgage**, executed in San Juan, before notary Juan C. Salich Pou, on February 21, 2008 to be recorded under Property A measuring nine three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters (pending on entry number two (2)

of daily book number two hundred eight five (285); and under Property B, measuring three point sixty three (3.63) "cuerdas", lot twelve thousand two hundred twenty nine (12,229).

Property A is affected by the following mortgages:

a. $4,000,000.00
b. $29,000,000.00
c. $6,048,000.00
d. $6,000,000.00

The same document includes lot number twelve thousand two hundred twenty nine (12,229) as collateral of mortgage "c" of $6,048,000.00.

Mortgage "c" is amended and the obligation is re distributed as follows:

Parcel A, measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, will respond to the principal obligation of $41,882,000.00 from mortgages "a", "b", "c" and "d".

Parcel B, lot number one thousand two hundred twenty nine (1,229), will respond to $3,166,000.00 from mortgage "c".

At **ENTRY 1111** of **DAILY BOOK 310**, on February 24 4, 2014 was filed for record deed number one (1) about **Ammendment to the Regulations of The Ocean Club at the Seven Seas**, executed in San Juan, before notary Roberto A. Rivera Ruiz, by which Eric Castrodad Ortiz, single, President of the Board of Directors of Condominium The Ocean Club, submits for its inscription a New Regulation of Administration and Co Ownership of Condominium The Ocean Club at the Seven Seas.

The following complementary documents were included:

1. Certification
2. Announcement of the Ordinary Meeting
3. Minutes of the Ordinary Meeting

**OBSERVATIONS:**

**Various other documents concerning transactions related to individual units of Condominium The Ocean Club at the Seven Seas have been filed and are pending Inscription. Based on client's instruction to limit the study to filings related to the Principal Lot ("Finca Matriz"), they are not detailed in the updated title study. Nonetheless we hereby CERTIFY that all documents were reviewed and that there has been no document filed under the registry of this lot whereby apartment CE-202 is individualized, separated, sold, or mortgaged.**

**REVIEWED**:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010, Judgments, and Electronic Daily Log provided by the Registry Clerk under this lot number seven thousand two hundred sixty six (7,266), today, June 9, 2014.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc.

# LEGAL OPS, Inc.

P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

**NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.**

**IN REFERENCE OF**: MJS Las Croabas Properties, Inc.

**REQUESTED BY**: Deborah Figueroa-Pérez/ Toro, Colón, Mullet, Rivera & Sifre, P.S.C.

**LOT NUMBER**: Lot number 11,831 of Fajardo, Real Property Registry of Puerto Rico, Fajardo Section

**DESCRIPTION**: (*As it is recorded in the Spanish language*)

RÚSTICA: Parcela marcada con el número B guión Dos (B-2) en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de once mil quince punto novecientos sesenta y cuatro (11,015.964) metros cuadrados equivalentes a dos punto ochocientas tres (2.803) cuerdas. En lindes por el **NORTE**, en una distancia de cuarenta y ocho punto quinientos sesenta y seis (48.566) metros lineales, con terrenos de Cee Dee Kay Tee, Inc. y otra, en distancia de ochenta y siete punto cuatrocientos veintinueve (87.429) metros lineales, con terrenos de Herminia Robles, viuda de Juan Francisco Méndez; por el **SUR**, en una distancia de ciento doce punto novecientos setenta y cinco (112.975) metros lineales, con la parcela número B guión tres (B-3), a ser segregada de la finca principal; y otra, en distancia de cuarenta y nueve punto novecientos treinta y cinco (49.935) metros lineales, con una parcela de Cee Dee Kay Tee, Inc., ambas a ser dedicadas a uso público para carretera; por el **ESTE**, en una distancia de ciento ocho punto ciento cuarenta y siete (108.147) metros lineales, con la parcela número B guión uno (B- 1), a ser segregada de la finca principal y por el **OESTE,** en una distancia de sesenta y nueve punto sesenta y tres (69.63) metros lineales, con terrenos de Cee Dee Kay Tee, Inc.

Recorded at overleaf number one hundred (100) of volume number two hundred eighty three (283) of Fajardo, Lot number eleven thousand eight hundred thirty one (11,831), Registry of the Property of Puerto Rico, Fajardo Section.

**ORIGIN:**

Segregated from lot number eleven thousand eight hundred twenty nine (11,829), recorded at page number ninety (90) of volume number two hundred eighty three (283) of Fajardo.

**OWNERSHIP**:

Recorded in favor of **Grand Bay Properties, Inc.** whom acquired through purchase made to the prior owners, Crown Investment Corporation, for the sum of $2,000,000.00, responding this property in the amount of $241,000.00, pursuant to deed number four (4), executed in San Juan, on November 10, 1999, before notary Fernando Molini Vizcarrondo, recorded at mobile volume nine (9) of Fajardo, under lot number eleven thousand eight hundred thirty one (11,831), on its fourth (4th) inscription.

**LIENS AND ENCUMBRANCES:**

*By reason of its origin:*

Free of Liens

*By reason of itself:*

Free of Liens

**DOCUMENTS FILED UNDER THE REGISTRY OF THIS LOT AND PENDING INSCRIPTION**:

At **ENTRY 775** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number thirty three (33) about **Grouping** , executed in San Juan on May 11, 2004 before notary Luis Oscar Berríos Orlandi, by which lot number one thousand seven hundred twenty three (1,723), lot number two thousand five hundred ninety seven (2,597), lot number eleven thousand eight hundred thirty one (11,831), and lot number eleven thousand eight hundred thirty two (11,832) are grouped forming a parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, which is sold to MJS Las Croabas Properties, Inc., for a price of $4,000,000.00. The grouped parcel is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 91,381.413 metros cuadrados, equivalentes a 23.25 cuerdas, en lindes por el NORTE, en varias alineaciones, con terrenos de la Sucesión Juan F. Méndez, Sucesión Francisco Robles, Rafael Méndez, Samuel Robles, Sucesión Valentín de Jesús Belardo, camino de acceso y Benigno Robles Quíñones, por el SUR, en varias alineaciones, con camino municipal que conduce a las Croabas y con terrenos de Ángel L. Ayala, Ángel L. Pereles y Angelina del C. Belardo, por el ESTE, en varias alineaciones, con Craig Yacoc, Sucesión Juan F. Méndez, Sucesión Francisco Robles y Rafael Méndez y por el OESTE, en varias alineaciones, con Angelina del C. Belardo, José González y Benigno Robles Quiñones y Consuelo Robles.

By the same document the mortgage in the principal amount $1,833,000.00 is cancelled.

At **ENTRY 776** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number two hundred seventy nine (279) about **Mortgage**, executed in San Juan on May 11, 2004 before notary Francisco J. Biaggi Landrón, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $4,000,000.00, with interest at the Prime rate, and due on demand.

At **ENTRY 1,354** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred (1,200) about **Mortgage**,

executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $29,000,000.00, with an annual interest of 1% over the Prime rate, and due upon presentation.

At **ENTRY 1,355** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred one (1,201) about **Mortgage Subordination of Mortgage**, executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, whereas the rank of the mortgage for the amount of $4,000,000.00 (filed at entry 776 of daily book 268) will be subordinated in favor of the mortgage in the amount of $29,000,000.00 in favor of Westernbank.

At **ENTRY 1,099** of **ENTRY BOOK 282**, on September 20,2006 it was filed for record deed number thirty five (35) about **Restrictive Conditions**, executed in San Juan on September 15, 2006 before notary Luis Oscar Berríos Orlandi, by which MJS Las Croabas Properties, Inc., Westernbank Puerto Rico, Conservation Trust of Puerto Rico and the Developer, constitute over the property with an area of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to ( twenty three point twenty five (23.25) “cuerdas”, which was formed by the grouping of four properties numbered 11,831; 11,832; 2,597 and 1,723, restrictive conditions to protect the natural reserve Las Cabezas of San Juan. In the document it is also expressed that the Developer is building walkup structures.

By the same document, Westernbank Puerto Rico subordinates mortgages of $4,000,000.00 and $29,000,000.00, in favor of the restrictive conditions that are hereon mentioned. Corporate Resolutions of MSJ Las Croabas, Inc. are included.

At **ENTRY 555** of **ENTRY BOOK 283**, on November 1, 2006 it was filed for record the deed number five hundred thirty (530) about **Mortgage**, executed in San Juan on October 5, 2006 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of one thousand constitute a mortgage over the parcel of one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to (twenty three point twenty five (23.25) “cuerdas”, securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,048,000.00, with annual interest of 1% over the Prime rate, due on demand.

At **ENTRY 1,238** of **ENTRY BOOK 283**, on November 29, 2006 it was filed for record a Certification dated November 13, 2006 about **Easement,** in favor of the Puerto Rico Electric Power Authority.

At **ENTRY 1,009** of **ENTRY BOOK 284**, on January 30, 2007 it was filed for record the deed number seven hundred forty (740) about **Mortgage**, executed in San Juan on December 28, 2006 before notary Gary E. Biaggi Silva, by which MJS Las Croabas Properties, Inc. constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,000,000.00, with annual interest of 1% over Prime Rate, and due on demand.

At **ENTRY 1** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number three (3) about **Aggregation** executed in San Juan on February 1, 2007 before notary Jorge Cela Ureña, by which MJS Las Croabas Properties, Inc. aggregates the property identified as parcel one (“PARCELA UNO”) with an area

of ninety one thousand three hundred eighty one point four hundred thirteen (91,381.413) square meters, equivalent to twenty three point twenty five (23.25) "cuerdas" to parcel two ("PARCELA DOS"), property number seven thousand sixty six (7,266) of two thousand six hundred fifty four point twenty six (2,654.26) square meters; and to parcel three ("PARCELA TRES"), lot number fifteen thousand four hundred ninety eight (15,498) of one thousand two hundred forty nine point seventy nine (1,249) square meters; as to form a sole parcel or property under property number of parcel one ("PARCELA UNO"). It is assigned a value of $300,000.00 to parcel number two and $165,000.00 to parcel number three. The description of parcel one ("PARCELA UNO") after the aggregation will be as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 95,285.4630 metros cuadrados, en lindes por el Norte, en varias alineaciones, con terrenos de Benigno Robles Quiñones, Camino Municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora, MJS Las Croabas Properties, Inc.); por el Sur, en varias alineaciones, con la Carretera PR-9987, con terrenos propiedad de Angel L. Perales Merced, Angel L. Ayala Camacho y Sucesión de Jesús Belardo; por el Este, en varias alineaciones, con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Meléndez, Chiche, predio destinado a aparcamiento de arrastres ("Trailers Park") y terrenos propiedad de Samuel Robles; y por el Oeste, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 2** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number four (4) about **Segregation of Parcel for Public Use**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which two pieces of land are segregated. The first one measures one thousand five hundred fifty point one thousand four hundred seventy eight (1,550.1478) square meters identified as "The Ocean Club at Seven Seas", PR NEW 9987 R.O.W. No. 1, as per ARPE authorization, Resolution dated November 15, 2006, Case Number 061U2CET00-11060; and the second one, identified as "The Ocean Club at Seven Seas", as per PR NEW 9987 R.O.W. No. 2 measuring sixteen point six thousand six hundred thirty five (16.6635). It was assigned a value of $1.00 each and the remnant measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen ( 93,718.6517) square meters is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 93,718.6517 metros cuadrados, en lindes por el Norte, en varias alineaciones, con terrenos de Benigno Robles Quiñones, Camino Municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora MJS Las Croabas Properties, Inc.); por el Sur, en varias alineaciones, con la Carretera PR-9987, con terrenos propiedad de L. Perales Merced, Ángel L. Ayala Camacho y Sucesión de Jesús Belardoi por el Este, en varias alineaciones, con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Méndez, Chiche, predio destinado a aparcamiento de arrastres ("Trailers Park") y terrenos propiedad de Samuel Robles; y por el Oeste, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 3** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number five (5) about **Equity Easement**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which restrictive or equity conditions, with an assigned value of $100.00, are constituted on parcel one (1) and two (2) ("PARCELA UNO Y DOS")

Parcel ONE - aggregated lot of ninety three thousand seven hundred eighteen point six thousand five hundred seventeen ( 93,718.6517) square meters, where the multi familiar project Condominio The Ocean Club at Seven Seas is being developed;

Parcel TWO - community facilities (lot number fifteen thousand one hundred forty four (15144) recorded at page number one hundred sixty four (164) of volume number three hundred fifty two (352) of Fajardo, property of MJS Las Croabas Properties, Inc.;

Parcel THREE - "Future Development" (actually optioned lot) lot recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo.

At **ENTRY 66** of **ENTRY BOOK 285,** on March 6, 2007 it was filed for record the deed number three (3) about **Constitution of Horizontal Property Regime**, executed in San Juan on February 8, 2007 before notary Carmen L. Sánchez Ríos, by which MJS Las Croabas Properties, Inc. converts and submits this property to a Horizontal Property Regime to be known as Condominium The Ocean Club at Seven Seas, with an assigned value of $59,000,000.00, which includes three hundred (300) apartments, six hundred (600) parking spaces (two (2) per apartment) for residents and one hundred and one (101) parking spaces for visitors; which apartments will be divided in four (4) buildings identified as: The Lighthouse Village, The Sunset Village, The Seven Seas Village and The Sunrise Village. The following documents are included as supplementary documents: Deed number five (5) about First Amendment to Conversion of Property to Horizontal Property Regime as the Ocean Club Condo at Seven Seas and deed number twelve (12) about Correcting Act (Acta de Clarificación), both executed in San Juan on March 14, 2007, before notary Carmen I. Sánchez Ríos; ARPE approved Certified Plans; Certified Corporate Resolution; Charter Value dated January 18, 2007, prepared by Javier E. Porrata.

At **ENTRY 1101** of **DAILY BOOK 289**, on March 4, 2008 was filed for record deed number six (6) about **Modification of Mortgage**, executed in San Juan, before notary Juan C. Salich Pou, on February 21, 2008 to be recorded under Property A measuring nine three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters (pending on entry number two (2) of daily book number two hundred eight five (285); and under Property B, measuring three point sixty three (3.63) “cuerdas”, lot twelve thousand two hundred twenty nine (12,229).

Property A is affected by the following mortgages:

a. $4,000,000.00
b. $29,000,000.00
c. $6,048,000.00
d. $6,000,000.00

The same document includes lot number twelve thousand two hundred twenty nine (12,229) as collateral of mortgage “c” of $6,048,000.00.

Mortgage “c” is amended and the obligation is re distributed as follows:

Parcel A, measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, will respond to the principal obligation of $41,882,000.00 from mortgages “a”, “b”, “c” and “d”.

Parcel B, lot number one thousand two hundred twenty nine (1,229), will respond to $3,166,000.00 from mortgage “c”.

At **ENTRY 1111** of **DAILY BOOK 310**, on February 24 4, 2014 was filed for record deed number one (1) about **Ammendment to the Regulations of The Ocean Club at the Seven Seas**, executed in San Juan, before notary Roberto A. Rivera Ruiz, by which Eric Castrodad Ortiz, single, President of the Board of Directors of Condominium The Ocean Club, submits for its inscription a New Regulation of Administration and Co Ownership of Condominium The Ocean Club at the Seven Seas.

The following complementary documents were included:

1. Certification
2. Announcement of the Ordinary Meeting
3. Minutes of the Ordinary Meeting

**OBSERVATIONS:**

**Various other documents concerning transactions related to individual units of Condominium The Ocean Club at the Seven Seas have been filed and are pending Inscription. Based on client's instruction to limit the study to filings related to the Principal Lot ("Finca Matriz"), they are not detailed in the updated title study. Nonetheless we hereby CERTIFY that all documents were reviewed and that there has been no document filed under the registry of this lot whereby apartment CE-202 is individualized, separated, sold, or mortgaged.**

**REVIEWED**:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010, Judgments, and Electronic Daily Log provided by the Registry Clerk under this lot number eleven thousand eight hundred thirty one (11,831), today, June 9, 2014.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc.

# LEGAL OPS, Inc.

P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.

**IN REFERENCE OF**: MJS Las Croabas Properties, Inc.

**REQUESTED BY**: Deborah Figueroa-Pérez/ Toro, Colón, Mullet, Rivera & Sifre, P.S.C.

**LOT NUMBER**: Lot number 11,832 of Fajardo, Real Property Registry of Puerto Rico, Fajardo Section

**DESCRIPTION**: (*As it is recorded in the Spanish language*)

URBANA: Parcela marcada con el número B guión tres (B-3) en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de doscientos sesenta y cinco punto cuatrocientos cuarenta y nueve (265.449) metros cuadrados, equivalentes a cero punto cero sesenta y siete (0.067) cuerdas. En lindes por el **NORTE** y **ESTE**, en una distancia de ciento doce punto novecientos setenta y cinco (112.975) metros lineales, con la parcela número B guión dos (B-2) a ser segregada de la finca principal; por el **SUR**, en una distancia de ciento once punto ochocientos treinta y siete (11.837) metros lineales, con una parcela de Cee Dee Kay Tee, Inc., a ser dedicada a uso público para carretera; y por el **OESTE**, en una distancia de dos punto cero cero (2.00) metros lineales, con terrenos de Cee Dee Kay Tee, Inc.

Recorded at page number one hundred five (105) of volume number two hundred eighty three (283) of Fajardo, Lot number eleven thousand eight hundred thirty two (11,832), Registry of the Property of Puerto Rico, Fajardo Section.

**ORIGIN:**

Segregated from lot number eleven thousand eight hundred twenty nine (11,829), recorded at page number ninety (90) of volume number two hundred eighty three (283) of Fajardo.

**OWNERSHIP**:

Recorded in favor of **Grand Bay Properties, Inc.** whom acquired through purchase of this and other properties made to the prior owners, Crown Investment Corporation, for the sum of $2,000,000.00, responding this property lot for $6,000.00, pursuant to deed number four (4), executed in San Juan, on November 10, 1999, before notary Fernando Molini Vizcarrondo, recorded at mobile volume nine (9) of Fajardo, under lot number eleven thousand eight hundred thirty two (11,832), on its fourth (4th) inscription.

**LIENS AND ENCUMBRANCES:**

*By reason of its origin:*

Free of Liens

*By reason of itself:*

Free of Liens

**DOCUMENTS FILED UNDER THE REGISTRY OF THIS LOT AND PENDING INSCRIPTION**:

At **ENTRY 775** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number thirty three (33) about **Aggrupation**, executed in San Juan on May 11, 2004 before notary Luis Oscar Berríos Orlandi, by which lot number one thousand seven hundred twenty three (1,723), lot number two thousand five hundred ninety seven (2,597), lot number eleven thousand eight hundred thirty one (11,831), and lot number eleven thousand eight hundred thirty two (11,832) are grouped forming a parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, which is sold to MJS Las Croabas Properties, Inc., for a price of $4,000,000.00. The grouped parcel is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 91,381.413 metros cuadrados, equivalentes a 23.25 cuerdas, en lindes por el **NORTE**, en varias alineaciones, con terrenos de la Sucesión Juan F. Méndez, Sucesión Francisco Robles, Rafael Méndez, Samuel Robles, Sucesión Valentín de Jesús Belardo, camino de acceso y Benigno Robles Quíñones, por el **SUR**, en varias alineaciones, con camino municipal que conduce a las Croabas y con terrenos de Ángel L. Ayala, Ángel L. Pereles y Angelina del C. Belardo, por el **ESTE**, en varias alineaciones, con Craig Yacoc, Sucesión Juan F. Méndez, Sucesión Francisco Robles y Rafael Méndez y por el **OESTE**, en varias alineaciones, con Angelina del C. Belardo, José González y Benigno Robles Quiñones y Consuelo Robles.

By the same document the mortgage in the principal amount $1,833,000.00 is cancelled.

At **ENTRY 776** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number two hundred seventy nine (279) about **Mortgage**, executed in San Juan on May 11, 2004 before notary Francisco J. Biaggi Landrón, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $4,000,000.00, with interest at the Prime rate, and due on demand.

At **ENTRY 1,354** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred (1,200) about **Mortgage**, executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $29,000,000.00, with an annual interest of 1% over the Prime rate, and due upon presentation.

At **ENTRY 1,355** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred one (1,201) about **Subordination of Mortgage**, executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, whereas the rank of the mortgage for the amount of

$4,000,000.00 (filed at entry 776 of daily book 268) will be subordinated in favor of the mortgage in the amount of $29,000,000.00 in favor of Westernbank.

At **ENTRY 1,099** of **ENTRY BOOK 282**, on September 20,2006 it was filed for record deed number thirty five (35) about **Restrictive Conditions**, executed in San Juan on September 15, 2006 before notary Luis Oscar Berríos Orlandi, by which MJS Las Croabas Properties, Inc., Westernbank Puerto Rico, Conservation Trust of Puerto Rico and the Developer, constitute over the property with an area of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to ( twenty three point twenty five (23.25) "cuerdas", which was formed by the grouping of four properties numbered 11,831; 11,832; 2,597 and 1,723, restrictive conditions to protect the natural reserve Las Cabezas of San Juan. In the document it is also expressed that the Developer is building walkup structures.

By the same document, Westernbank Puerto Rico subordinates mortgages of $4,000,000.00 and $29,000,000.00, in favor of the restrictive conditions that are hereon mentioned. Corporate Resolutions of MSJ Las Croabas, Inc. are included.

At **ENTRY 555** of **ENTRY BOOK 283**, on November 1, 2006 it was filed for record the deed number five hundred thirty (530) about **Mortgage**, executed in San Juan on October 5, 2006 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of one thousand constitute a mortgage over the parcel of one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to (twenty three point twenty five (23.25) "cuerdas", securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,048,000.00, with annual interest of 1% over the Prime rate, due on demand.

At **ENTRY 1,238** of **ENTRY BOOK 283**, on November 29, 2006 it was filed for record a Certification dated November 13, 2006 about **Easement,** in favor of the Puerto Rico Electric Power Authority.

At **ENTRY 1,009** of **ENTRY BOOK 284**, on January 30, 2007 it was filed for record the deed number seven hundred forty (740) about **Mortgage**, executed in San Juan on December 28, 2006 before notary Gary E. Biaggi Silva, by which MJS Las Croabas Properties, Inc. constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,000,000.00, with annual interest of 1% over Prime Rate, and due on demand.

At **ENTRY 1** of **DAILY BOOK 285**, on March 2, 2007 it was filed for record the deed number three (3) about **Aggregation** executed in San Juan on February 1, 2007 before notary Jorge Cela Ureña, by which MJS Las Croabas Properties, Inc. groups the property identified as parcel one ("PARCELA UNO") with an area of ninety one thousand three hundred eighty one point four hundred thirteen (91,381.413) square meters, equivalent to twenty three point twenty five (23.25) "cuerdas" to parcel two ("PARCELA DOS"), property number seven thousand sixty six (7,266) of two thousand six hundred fifty four point twenty six (2,654.26) square meters; and to parcel three ("PARCELA TRES"), lot number fifteen thousand four hundred ninety eight (15,498) of one thousand two hundred forty nine point seventy nine (1,249) square meters; as to form a sole parcel or property under property number of parcel one ("PARCELA UNO"). It is assigned a value of $300,000.00 to parcel number two and $165,000.00 to parcel number three. The description of parcel one ("PARCELA UNO") after the aggregation will be as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de noventa y cinco mil doscientos ochenta y cinco punto cuatro mil seiscientos treinta metros cuadrados en lindes por el **NORTE**, en varias alineaciones, con terrenos de Benigno Robles Quiñones, camino municipal, Sucesión de Jesús

> Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora MJS Las Croabas Properties, Inc.); por el **SUR**, en varias alineaciones, con la carretera PR-9987, con terrenos propiedad de Ángel L. Ayala Camacho y Sucesión de Jesús Belardo; por el **ESTE**, en varias alineaciones con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Meléndez, Chiche, predio destinado a aparcamiento de arrastres (trailers park) y terrenos propiedad de Samuel Robles; y por el **OESTE**, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sullivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 2** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number four (4) about **Segregation of Parcel for Public Use**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which two pieces of land are segregated. The first one measures one thousand five hundred fifty point one thousand four hundred seventy eight (1,550.1478) square meters identified as "The Ocean Club at Seven Seas", PR NEW 9987 R.O.W. No. 1, as per ARPE authorization, Resolution dated November 15, 2006, Case Number 061U2CET00-11060; and the second one, identified as "The Ocean Club at Seven Seas", as per PR NEW 9987 R.O.W. No. 2 measuring sixteen point six thousand six hundred thirty five (16.6635). It was assigned a value of $1.00 each and the remnant measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de noventa y tres mil setecientos dieciocho punto seis mil quinientos diecisiete (93,718.6517) metros cuadrados, en lindes por el **NORTE**, en varias alineaciones, con terrenos de Benigno Robles Quíñones, camino municipal, sucesión de Jesús Belardo, Lydia M. Rivera Cocepción, Samuel Robles, Chiche, Eliezer Robles, y terrenos propiedad de Iris Mirta Ruiz (ahora MJS Las Croabas Properties, Inc.); por el **SUR**, en varias alineaciones, con la carretera PR-9987, con terrenos propiedad de Ángel L. Ayala Camacho y Sucesión de Jesús Belardo; por el **ESTE**, en varias alineaciones con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Meléndez, Chiche, predio destinado a aparcamiento de arrastres (trailers park) y terrenos propiedad de Samuel Robles; y por el **OESTE**, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sullivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 3** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number five (5) about **Equity Easement**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which restrictive or equity conditions are constituted, with an assigned value of $100.00, on parcel one (1) and two (2) ("PARCELA UNO Y DOS")

Parcel ONE - aggregated lot of ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, where the multi familiar project Condominio The Ocean Club at Seven Seas is being developed;

Parcel TWO - community facilities (lot number fifteen thousand one hundred forty four (15144) recorded at page number one hundred sixty four (164) of volume number three hundred fifty two (352) of Fajardo, property of MJS Las Croabas Properties, Inc.;

Parcel THREE - "Future Development" (actually optioned lot) lot recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo.

At **ENTRY 66** of **ENTRY BOOK 285,** on March 6, 2007 it was filed for record the deed number three (3) about **Constitution of Horizontal Property Regime**,

executed in San Juan on February 8, 2007 before notary Carmen L. Sánchez Ríos, by which MJS Las Croabas Properties, Inc. converts and submits this property to a Horizontal Property Regime to be known as Condominium The Ocean Club at Seven Seas, with an assigned value of $59,000,000.00, which includes 300 apartment, six hundred parking spaces (two per apartment) for residents and one hundred and one parking spaces for visitors; which apartments will be divided in four buildings identified as: The Lighthouse Village, The Sunset Village, The Seven Seas Village and The Sunrise Village. The following documents are included as supplementary documents: Deed number five (5) about First Amendment to Conversion of Property to Horizontal Property Regime as the Ocean Club Condo at Seven Seas and deed number twelve (12) about Correcting Act (Acta de Clarificación), both executed in San Juan on March 14, 2007, before notary Carmen I. Sánchez Ríos; ARPE approved Certified Plans; Certified Corporate Resolution; Charter Value dated January 18, 2007, prepared by Javier E. Porrata.

At **ENTRY 1101** of **DAILY BOOK 289**, on March 4, 2008 was filed for record deed number six (6) about **Modification of Mortgage**, executed in San Juan, before notary Juan C. Salich Pou, on February 21, 2008 to be recorded under Property A measuring nine three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters (pending on entry number two (2) of daily book number two hundred eight five (285); and under Property B, measuring three point sixty three (3.63) "cuerdas", lot twelve thousand two hundred twenty nine (12,229).

Property A is affected by the following mortgages:

a. $4,000,000.00
b. $29,000,000.00
c. $6,048,000.00
d. $6,000,000.00

The same document includes lot number twelve thousand two hundred twenty nine (12,229) as collateral of mortgage "c" of $6,048,000.00.

Mortgage "c" is amended and the obligation is re distributed as follows:

Parcel A, measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, will respond to the principal obligation of $41,882,000.00 from mortgages "a", "b", "c" and "d".

Parcel B, lot number one thousand two hundred twenty nine (1,229), will respond to $3,166,000.00 from mortgage "c".

At **ENTRY 1111** of **DAILY BOOK 310**, on February 24 4, 2014 was filed for record deed number one (1) about **Ammendment to the Regulations of The Ocean Club at the Seven Seas**, executed in San Juan, before notary Roberto A. Rivera Ruiz, by which Eric Castrodad Ortiz, single, President of the Board of Directors of Condominium The Ocean Club, submits for its inscription a New Regulation of Administration and Co Ownership of Condominium The Ocean Club at the Seven Seas.

The following complementary documents were included:

1. Certification
2. Announcement of the Ordinary Meeting
3. Minutes of the Ordinary Meeting

**OBSERVATIONS:**

**Various other documents concerning transactions related to individual units of Condominium The Ocean Club at the Seven Seas have been filed and are**

**pending Inscription. Based on client's instruction to limit the study to filings related to the Principal Lot ("Finca Matriz"), they are not detailed in the updated title study. Nonetheless we hereby CERTIFY that all documents were reviewed and that there has been no document filed under the registry of this lot whereby apartment CE-202 is individualized, separated, sold, or mortgaged.**

**REVIEWED**:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010, Judgments, and Electronic Daily Log provided by the Registry Clerk under this lot number eleven thousand eight hundred thirty-two (11,832), today, June 9, 2014.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc.

# LEGAL OPS, Inc.

P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

**NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.**

| | |
|---|---|
| **IN REFERENCE OF**: | Ocean Club at Seven Seas / Future Development |
| **REQUESTED BY**: | Deborah Figueroa-Pérez/ Toro, Colón Mullet, Rivera & Sifre, P.S.C. |
| **LOT NUMBER:** | Lot number 12,229 of Fajardo, Real Property Registry of Puerto Rico, |

**DESCRIPTION**: (As it is recorded in the Spanish language)

URBANA: Parcela de terreno de tres punto sesenta y tres (3.63) cuerdas, radicada en el Barrio Las Cabezas de Fajardo. En lindes por el **NORTE**, con terrenos de Felipe Ríos, hoy camino vecinal; por el **SUR**, con José Robles Ríos, hoy Carmen Emilia Robles; por el **ESTE**, con Ríos Aguiar, hoy Señor Clark; y por el **OESTE,** con camino vecinal de Las Cabezas, hoy Carretera número novecientos ochenta y siete (987).

Recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo, lot number twelve thousand two hundred twenty nine (12,229), Registry of the Property of Puerto Rico, Fajardo Section.

**ORIGIN:**

It is formed by judicial order.

**TITLE**:

Recorded in favor of **Benigno Robles Díaz,** married, **and Felix Ramón Díaz,** single, who acquired by ownership proceedings pursuant Court Resolution dated October 31, 1980 from the Superior Court of Puerto Rico, Humacao Courtroom, Civil Case Number 79-1469; valued in the amount of $90,000.00; and recorded at page number two hundred eight five (285) of volume number two hundred eighty nine (289) of Fajardo, under lot number twelve thousand two hundred twenty nine (12,229), first (1st) inscription.

**LIENS AND ENCUMBRANCES:**

By reason of its origin:

Free of lien.

By reason of itself:

Free of lien.

**RECORDED DOCUMENTS PENDING OF INSCRIPTION**:

At **ENTRY 776** of **ENTRY BOOK 268**, on June 9, 2004 it was filed for record the deed number two hundred seventy nine (279) about **Mortgage**, executed in San Juan on May 11, 2004 before notary Francisco J. Biaggi Landrón, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $4,000,000.00, with interest at the Prime rate, and due on demand.

At **ENTRY 1,354** of **ENTRY BOOK 271**, on December 10, 2004 it was filed for record the deed number one thousand two hundred (1,200) about **Mortgage**, executed in San Juan on November 16, 2004 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing note in favor of Westernbank Puerto Rico, in the original principal amount of $29,000,000.00, with an annual interest of 1% over the Prime rate, and due upon presentation.

At **ENTRY 555** of **ENTRY BOOK 283**, on November 1, 2006 it was filed for record the deed number five hundred thirty (530) about **Mortgage**, executed in San Juan on October 5, 2006 before notary Gary E. Biaggi Silva, to constitute a mortgage over the parcel of one thousand constitute a mortgage over the parcel of one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, equivalent to (twenty three point twenty five (23.25) “cuerdas”, securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,048,000.00, with annual interest of 1% over the Prime rate, due on demand.

At **ENTRY 1,009** of **ENTRY BOOK 284**, on January 30, 2007 it was filed for record the deed number seven hundred forty (740) about **Mortgage**, executed in San Juan on December 28, 2006 before notary Gary E. Biaggi Silva, by which MJS Las Croabas Properties, Inc. constitute a mortgage over the parcel of ninety one thousand three hundred eight one point four hundred thirteen (91,381.413) square meters, securing a note in favor of Westernbank Puerto Rico, in the original principal amount of $6,000,000.00, with annual interest of 1% over Prime Rate, and due on demand.

At **ENTRY 3** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number five (5) about **Equity Easement**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which restrictive or equity conditions are constituted, with an assigned value of $100.00, on parcel one (1) and two (2) (“PARCELA UNO Y DOS”)

Parcel ONE - aggregated lot of ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, where the multi familiar project Condominio The Ocean Club at Seven Seas is being developed;

Parcel TWO - community facilities (lot number fifteen thousand one hundred forty four (15144) recorded at page number one hundred sixty four (164) of volume number three hundred fifty two (352) of Fajardo, property of MJS Las Croabas Properties, Inc.;

Parcel THREE - "Future Development" (actually optioned lot) lot recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo.

At **ENTRY 848** of **ENTRY BOOK 288**, on November 27, 2007 it was filed for record the deed number twelve (12), about Purchase and Sell Agreement, executed in San Juan, on November 17, 2007, before notary Francisco Pujol Meneses, by which Benigno Robles Díaz, married, and Félix Ramón Robles Díaz, single, sell this property in favor of LAS CROABAS PROPERTIES INC., for the sum of $2,800,000.00.

At **ENTRY 1101** of **DAILY BOOK 289**, on March 4, 2008 was filed for record deed number six (6) about **Modification of Mortgage**, executed in San Juan, before notary Juan C. Salich Pou, on February 21, 2008 to be recorded under Property A measuring nine three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters (pending on entry number two (2) of daily book number two hundred eight five (285); and under Property B, measuring three point sixty three (3.63) "cuerdas", lot twelve thousand two hundred twenty nine (12,229).

Property A is affected by the following mortgages:

a. $4,000,000.00
b. $29,000,000.00
c. $6,048,000.00
d. $6,000,000.00

The same document includes lot number twelve thousand two hundred twenty nine (12,229) as collateral of mortgage "c" of $6,048,000.00.

Mortgage "c" is amended and the obligation is re distributed as follows:

Parcel A, measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, will respond to the principal obligation of $41,882,000.00 from mortgages "a", "b", "c" and "d".

Parcel B, lot number one thousand two hundred twenty nine (1,229), will respond to $3,166,000.00 from mortgage "c".

**REVIEWED**:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010, Judgments, and Electronic Daily Log provided by the Registry Clerk under this property number twelve thousand two hundred twenty nine (12,229), today, June 9, 2014.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc.

# LEGAL OPS, Inc.

P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.

**IN REFERENCE OF**: MJS Las Croabas Properties, Inc.

**REQUESTED BY**: Deborah Figueroa-Pérez/ Toro, Colón, Mullet, Rivera & Sifre, P.S.C.

**LOT NUMBER**: Lot number 15,144 of Fajardo, Real Property Registry of Puerto Rico, Fajardo Section

**DESCRIPTION**: (*As it is recorded in the Spanish language*)

RÚSTICA: Parcela de terreno denominada número ocho (8) en el plano de inscripción aprobado por la Administración de Reglamentos y Permisos radicado en el Barrio Cabezas, sector Las Croabas del término municipal de Fajardo, Puerto Rico, con una cabida superficial de uno punto cuatrocientos tres (1.403) cuerdas, equivalentes a cinco mil quinientas dieciseis punto trescientos noventa (5,516.390) metros cuadrados. En lindes por el NORTE, en una distancia e 71.17 metros con parcela número nueve (9); por el SUR, en tres alineaciones, siendo la primera de diez (10.00) metros, la segunda de diez (10.00) metros y la tercera de cincuenta y dos punto cuarenta y seis (52.46) metros, con terrenos de Félix Robles Alvira; por el ESTE, en tres alineaciones, siendo la primera de sesenta y tres punto veintiún (63.21) metros, la segunda de cinco (5.00) metros y la tercera de once (11.00) metros con la parcela número siete (7) y la Parcela C dedicada a uso público; y por el OESTE, en dos alineaciones, siendo la primera de setenta y dos punto catorce (72.14) metros y la segunda de ocho punto ochenta y ocho (8.88) metros con terrenos pertenecientes a Martin A. Clapp.

Recorded at page number one hundred sixty four (164) of volume number three hundred fifty-two (352) of Fajardo, Lot number fifteen thousand one hundred forty-four (15,144), Real Property Registry of Puerto Rico, Fajardo Section.

**ORIGIN:**

Segregated from lot number nine thousand one hundred sixty-six (9,166), recorded at page number one hundred seventy (170) of volume number two hundred thirty-six (236) of Fajardo.

**OWNERSHIP**:

Recorded as follows: fifty percent (50%) in favor of Herminia Robles, single, and fifty percent (50%) in favor of Margarita Méndez Robles, single; Carmen Méndez Robles, married to Carlos Luis Hernández; Juan Francisco Méndez Robles, married to Isabel Ríos; Maria Esther Méndez Robles, married to Manuel del Toro; Emilio Benjamín Méndez Robles, single; Luz Celenia Méndez Robles, married to Charles

Edward Wilson; Iris Mirta Méndez Robles, married to Rafael Carlo Montes; and Herminia Francisca Méndez Robles, married to Jorge Luis Aquino Yasua, by virtue of Partition of Hereditary Assets, with an assigned value of $10,500.00, pursuant to deed number seventy-four (74), executed in Fajardo, on July 15, 1992 before notary Nelson Jiménez Laracuente, registered at page number one hundred sixty four (164) of volume number three hundred fifty-two (352) of Fajardo, Lot number fifteen thousand one hundred forty-four (15,144), on its first inscription.

**LIENS AND ENCUMBRANCES:**

*By reason of its origin:*

Free of Liens

*By reason of itself:*

Free of Liens

**DOCUMENTS FILED UNDER THE REGISTRY OF THIS LOT AND PENDING INSCRIPTION**:

At **ENTRY 704** of **ENTRY BOOK 276**, on August 23, 2005 it was filed for record the deed number twenty-one (21), executed in Fajardo on August 20, 2005 before notary Nelson Jiménez Laracuente, by which Margarita Méndez Robles, single; Carmen Méndez Robles, married to Carlos Luis Hernández; Juan Francisco Méndez Ríos and Ivonne Méndez Ríos, heirs of Juan Francisco Méndez Robles; Maria Esther Méndez Robles, married to Manuel del Toro; Luz Celenia Méndez Robles, married to Charles Edward Wilson; Iris Mirta Méndez Robles, married to Rafael Carlo Montes; and Herminia Francisca Méndez Robles, married to Jorge Luis Aquino Yasua appear and agree to assign this lot in favor of Iris Mirta Méndez Robles, married to Rafael Carlo Montes, with an assigned value of $50,000.00. By the same document other transactions affecting other lots are executed. It is included as a supplemental document the deed number seventy-three, regarding General Powers of Attorney, executed on July 15, 1992 before the same notary; deed number twenty, about Ratification, executed in Fajardo, on October 23, 2009, before the same notary, whereas Emilio Benjamín Méndez Robles and the other heirs appear and ratify the transactions executed by deed number twenty-one (21). It was not included as a supplemental document a will/testament or Judicial Decision concerning the Heirs of Juan Francisco Méndez Robles.

At **ENTRY 675** of **ENTRY BOOK 278**, on December 14, 2005 it was filed for record the deed number one hundred fifty-seven (157) about **Open Will**, executed in Fajardo, on August 29, 1989 before notary Nelson Jiménez Laracuente, whereas Margarita Méndez Robles, single; Carmen Méndez Robles, married to Carlos Luis Hernández; Juan Francisco Méndez Robles, married to Isabel Ríos; Maria Esther Méndez Robles, married to Manuel del Toro; Emilio Benjamín Méndez Robles, single; Luz Celenia Méndez Robles, married to Charles Edward Wilson; Iris Mirta Méndez Robles, married to Rafael Carlo Montes; and Herminia Francisca Méndez Robles, married to Jorge Luis Aquino Yasua are instituted as universal heirs of the deceased Herminia Robles Alvira.

At **ENTRY 654** of **ENTRY BOOK 284**, on January 16, 2007 it was filed for record the deed number forty-one (41) about **Purchase and Sell Agreement**, executed in Fajardo on December 28, 2006 before notary Luis Oscar Berrios Orlandi, by which Iris Mirta Méndez Robles sells this property in favor of MJS Las Croabas Properties, for the sum of $1,500,000.00, whereas $1,250,000.00 were paid on or before the date of the agreement and the balance of $250,000.00 was paid with a Note in favor of the seller, for the sum of $250,000.00, with an interest rate equivalent to 6% and due by December 31, 2008, which the aforementioned deed expresses will be paid by assigning the seller an apartment in the future development to be construed.

At **ENTRY 1008** of **ENTRY BOOK 284**, on January 30, 2007 it was filed for record the deed number seven hundred thirty-nine (739) about **Mortgage**, executed in San Juan on December 28, 2006 before notary Gary E. Biaggi Silva, by which MJS Las Croabas Properties constitutes a mortgage guarantying a note in favor of Westernbank Puerto Rico for the principal amount of $1,250,000.00, subject to interests equivalent to 1% over the Prime Rate, and due on demand.

At **ENTRY 3** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number five (5) about **Equity Easement**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which restrictive or equity conditions, with an assigned value of $100.00, are constituted on parcel one (1) and two (2) ("PARCELA UNO Y DOS")

Parcel ONE - aggregated lot of ninety three thousand seven hundred eighteen point six thousand five hundred seventeen ( 93,718.6517) square meters, where the multi familiar project Condominio The Ocean Club at Seven Seas is being developed;

Parcel TWO - community facilities (lot number fifteen thousand one hundred forty four (15144) recorded at page number one hundred sixty four (164) of volume number three hundred fifty two (352) of Fajardo, property of MJS Las Croabas Properties, Inc.;

Parcel THREE - "Future Development" (actually optioned lot) lot recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo.

At **ENTRY 725** of **ENTRY BOOK 291**, on March 17, 2008 it was filed for record Declaration of Heirs, Civil Case Number NZCI200800156, Fajardo Court of First Instance, declaring sole and universal heirs of Juan Francisco Méndez Robles, deceased in January 13, 2008, the following: Juan Francisco Méndez Rodríguez and Ivonne Méndez Rodríguez.

**REVIEWED**:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010, Judgments, and Electronic Daily Log provided by the Registry Clerk under this lot number fifteen thousand one hundred forty-four (15,144), today, June 9, 2014.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc.

# LEGAL OPS, Inc.

P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.

**IN REFERENCE OF**: Barrio Cabezas Number 6

**REQUESTED BY**: Deborah Figueroa-Pérez / Toro, Colón, Mullet, Rivera & Sifre, PSC

**LOT**: Lot Number 15498 of Fajardo, Registry of the Property of Puerto Rico, Section of Fajardo

**DESCRIPTION**: (As it is recorded in the Spanish language)

RÚSTICA: Solar marcado con el número seis (6) radicado en el Barrio Cabezas de Fajardo, compuesto de mil doscientos cuarenta y nueve punto setenta y nueve (1,249.79) metros cuadrados, equivalentes a cero punto tres mil ciento ochenta (0.3180) cuerdas. En lindes por el **NORTE** con Alfredo Robles Ríos; por el **SUR** con solar número seis guión A (6-A); por el **ESTE** con Martín Clapp; y por el **OESTE**, con el solar número cinco (5).

Recorded at page number one hundred fifty six (156) of volume number three hundred sixty one (361) of Fajardo, lot number fifteen thousand four hundred ninety eight (15,498), Registry of the Property of Puerto Rico in Fajardo Section.

**ORIGIN:**

Segregated from lot number fourteen thousand seventy two (14,072), recorded at page number two hundred (200) of volume number three hundred twenty five (325) of Fajardo.

**TITLE**:

Recorded in favor of **M.J.S. Las Croabas Properties Inc.**, who acquired through purchase made to prior owners Jorge Luis Maffioli Nieto y Reina Margarita Rodríguez Negrón, for the sum of $165,000.00, pursuant to deed number one hundred twenty seven (127), executed in San Juan, on October 18, 2005, before notary Luis Omar Berríos Orlandi, recorded at page number one hundred ninety nine (199) of volumen number four hundred seventy three (473) of Fajardo, lot number fifteen thousand four hundred ninety eight (15,498), third (3rd) inscription.

**LIENS AND ENCUMBRANCES:**

By reason of its origin:

Free

By reason of itself:

Free

**RECORDED DOCUMENTS PENDING OF INSCRIPTION**:

At **ENTRY 1** of **DAILY BOOK 285**, on March 2, 2007 it was filed for record the deed number three (3) about **Aggregation** executed in San Juan on February 1, 2007 before notary Jorge Cela Ureña, by which MJS Las Croabas Properties, Inc. groups the property identified as parcel one ("PARCELA UNO") with an area of ninety one thousand three hundred eighty one point four hundred thirteen (91,381.413) square meters, equivalent to twenty three point twenty five (23.25) "cuerdas" to parcel two ("PARCELA DOS"), property number seven thousand sixty six (7,266) of two thousand six hundred fifty four point twenty six (2,654.26) square meters; and to parcel three ("PARCELA TRES"), lot number fifteen thousand four hundred ninety eight (15,498) of one thousand two hundred forty nine point seventy nine (1,249) square meters; as to form a sole parcel or property under property number of parcel one ("PARCELA UNO"). It is assigned a value of $300,000.00 to parcel number two and $165,000.00 to parcel number three. The description of parcel one ("PARCELA UNO") after the aggregation will be as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 95,285.4630 metros cuadrados, en lindes por el Norte, en varias alineaciones, con terrenos de Benigno Robles Quiñones, Camino Municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora, MJS Las Croabas Properties, Inc.); por el Sur, en varias alineaciones, con la Carretera PR-9987, con terrenos propiedad de Angel L. Perales Merced, Angel L. Ayala Camacho y Sucesión de Jesús Belardo; por el Este, en varias alineaciones, con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Meléndez, Chiche, predio destinado a aparcamiento de arrastres ("Trailers Park") y terrenos propiedad de Samuel Robles; y por el Oeste, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 2** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number four (4) about **Segregation of Parcel for Public Use**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which two pieces of land are segregated. The first one measures one thousand five hundred fifty point one thousand four hundred seventy eight (1,550.1478) square meters identified as "The Ocean Club at Seven Seas", PR NEW 9987 R.O.W. No. 1, as per ARPE authorization, Resolution dated November 15, 2006, Case Number 061U2CET00-11060; and the second one, identified as "The Ocean Club at Seven Seas", as per PR NEW 9987 R.O.W. No. 2 measuring sixteen point six thousand six hundred thirty five (16.6635). It was assigned a value of $1.00 each and the remnant measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters is described as follows:

> RÚSTICA: Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de 93,718.6517 metros cuadrados, en lindes por el Norte, en varias alineaciones, con terrenos de Benigno Robles Quiñones, Camino Municipal, Sucesión de Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles y terrenos propiedad de Iris Mirta Ruiz (ahora MJS Las Croabas Properties, Inc.); por el Sur, en varias alineaciones, con la Carretera PR-9987, con terrenos propiedad de L. Perales Merced, Ángel L. Ayala Camacho y Sucesión de Jesús Belardoi por el Este, en varias alineaciones, con terrenos propiedad de Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Sucesión Francisco Robles, Rafael Méndez Méndez, Chiche, predio destinado a aparcamiento de arrastres ("Trailers Park") y terrenos propiedad de Samuel Robles; y por el Oeste, en varias alineaciones, con terrenos propiedad de Ángel L. Perales Merced, José A.

González Sulivan, Benigno Robles Quiñones, Sucesión de Jesús Belardo y terrenos propiedad de Lidia M. Rivera Concepción.

At **ENTRY 3** of **DAILY BOOK 285**, on March 2, 2007 was filed for record deed number five (5) about **Equity Easement**, executed in San Juan, before notary Jorge Cela Ureña, on February 1, 2007 by which restrictive or equity conditions are constituted on parcel one (1) and two (2) ("PARCELA UNO Y DOS")

Parcel ONE - aggregated lot of ninety three thousand seven hundred eighteen point six thousand five hundred seventeen ( 93,718.6517) square meters, where the multi familiar project Condominio The Ocean Club at Seven Seas is being developed;

Parcel TWO - community facilities (lot number fifteen thousand one hundred forty four (15144) recorded at page number one hundred sixty four (164) of volume number three hundred fifty two (352) of Fajardo, property of MJS Las Croabas Properties, Inc.;

Parcel THREE - "Future Development" (actually optioned lot) lot recorded at page number two hundred eighty five (285) of volume number two hundred eight nine (289) of Fajardo.

At **ENTRY 66** of **ENTRY BOOK 285,** on March 6, 2007 it was filed for record the deed number three (3) about **Constitution of Horizontal Property Regime**, executed in San Juan on February 8, 2007 before notary Carmen L. Sánchez Ríos, by which MJS Las Croabas Properties, Inc. converts and submits this property to a Horizontal Property Regime to be known as Condominium The Ocean Club at Seven Seas, with an assigned value of $59,000,000.00, which includes 300 apartment, six hundred parking spaces (two per apartment) for residents and one hundred and one parking spaces for visitors; which apartments will be divided in four buildings identified as: The Lighthouse Village, The Sunset Village, The Seven Seas Village and The Sunrise Village. The following documents are included as supplementary documents: Deed number five (5) about First Amendment to Conversion of Property to Horizontal Property Regime as the Ocean Club Condo at Seven Seas and deed number twelve (12) about Correcting Act (Acta de Clarificación), both executed in San Juan on March 14, 2007, before notary Carmen I. Sánchez Ríos; ARPE approved Certified Plans; Certified Corporate Resolution; Charter Value dated January 18, 2007, prepared by Javier E. Porrata.

At **ENTRY 1101** of **DAILY BOOK 289**, on March 4, 2008 was filed for record deed number six (6) about **Modification of Mortgage**, executed in San Juan, before notary Juan C. Salich Pou, on February 21, 2008 to be recorded under Property A measuring nine three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters (pending on entry number two (2) of daily book number two hundred eight five (285); and under Property B, measuring three point sixty three (3.63) "cuerdas", lot twelve thousand two hundred twenty nine (12,229).

Property A is affected by the following mortgages:

a. $4,000,000.00
b. $29,000,000.00
c. $6,048,000.00
d. $6,000,000.00

The same document includes lot number twelve thousand two hundred twenty nine (12,229) as collateral of mortgage "c" of $6,048,000.00.

Mortgage "c" is amended and the obligation is re distributed as follows:

Case:13-00005-ESL Doc#:51-3 Filed:06/13/14 Entered:06/13/14 20:18:26 Desc:
Exhibit 3 Page 38 of 38



Parcel A, measuring ninety three thousand seven hundred eighteen point six thousand five hundred seventeen (93,718.6517) square meters, will respond to the principal obligation of $41,882,000.00 from mortgages “a”, “b”, “c” and “d”.

Parcel B, lot number one thousand two hundred twenty nine (1,229), will respond to $3,166,000.00 from mortgage “c”.

At **ENTRY 1111** of **DAILY BOOK 310**, on February 24 4, 2014 was filed for record deed number one (1) about **Ammendment to the Regulations of The Ocean Club at the Seven Seas**, executed in San Juan, before notary Roberto A. Rivera Ruiz, by which Eric Castrodad Ortiz, single, President of the Board of Directors of Condominium The Ocean Club, submits for its inscription a New Regulation of Administration and Co Ownership of Condominium The Ocean Club at the Seven Seas.

The following complementary documents were included:

1. Certification
2. Announcement of the Ordinary Meeting
3. Minutes of the Ordinary Meeting

**OBSERVATIONS:**

**Various other documents concerning transactions related to individual units of Condominium The Ocean Club at the Seven Seas have been filed and are pending Inscription. Based on client’s instruction to limit the study to filings related to the Principal Lot (“Finca Matriz”), they are not detailed in the updated title study. Nonetheless we hereby CERTIFY that all documents were reviewed and that there has been no document filed under the registry of this lot whereby apartment CE-202 is individualized, separated, sold, or mortgaged.**

**REVIEWED**:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010, Judgments, and Electronic Daily Log provided by the Registry Clerk under this property number fifteen thousand four hundred ninety eight (15,498), today, June 9, 2014.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc.