...y, día once (11) de ...ayo del año dos mil ...atro (2004), expedí ...gunda copia certificada ...la presente escritura, a ...tición de DON MICHAEL ...OSEPH SCARFIA ...UNCIATO.-----------------

...is Oscar Berrios Orlandi-
...otario Público--------------

LUIS OSCAR BERRIOS ORLANDI · PUERTO RICO · ABOGADO · NOTARIO

------ESCRITURA NUMERO TREINTA Y TRES (33)---------

CANCELACIÓN DE HIPOTECA(S), AGRUPACIÓN-------------

-------------------------------Y COMPRAVENTA----------------------

---En San Juan, Puerto Rico, a los once (11) días del mes de mayo de dos mil cuatro (2004),---------------------------------------

------------------------------------ANTE MI,------------------------------

---**LUIS OSCAR BERRIOS ORLANDI,** abogado y notario público en y para el Estado Libre Asociado de Puerto Rico, con residencia en San Juan, Puerto Rico, y estudio abierto en la oficina doscientos (200) del Edificio Única, en la Calle Aldea número mil doscientos cincuenta y ocho (1,258), Santurce, San Juan, Puerto Rico,-----------------------------------------------

------------------------------------------------------------------------------

----------------------------------COMPARECEN:------------------------

---**DE LA PRIMERA PARTE: GRAND BAY PROPERTIES, INC.** (en adelante "GRAND BAY" o la "VENDEDORA"), una corporación organizada y existente al amparo de las leyes de Puerto Rico, con el número de seguro social patronal 66-0575193, representada en esta escritura por su Presidente, **FERNANDO REDONDO SIERRA,** con el número de seguro social 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, mayor de edad, casado, propietario y vecino de San Juan, Puerto Rico, quien está debidamente autorizado para representar a GRAND BAY en la presente escritura, según surge de Certificación de Resolución Corporativa suscrita por el Secretario Auxiliar de GRAND BAY, Lucas Cambó Saavedra, en esta misma fecha, notarizada por el notario aquí fedatario, Luis Oscar Berrios Orlandi, la cual no se transcribe literalmente en la presente

[redacted]



escritura por no haberlo requerido las partes aquí comparecientes, a pesar de que Yo, el Notario, les advertí que tienen derecho a requerirlo, al cual han renunciado; y-------------------------------------------------------------------------------------------

---**DE LA SEGUNDA PARTE: M.J.S. LAS CROABAS PROPERTIES, INC.,** (en adelante "MJS" o la "COMPRADORA"), una corporación organizada y existente al amparo de las leyes de Puerto Rico, con el número de seguro social patronal 66-0640671, representada en esta escritura por su Presidente, **MICHAEL JOSEPH SCARFIA NUNCIATO,** también conocido como Michael J. Scarfia y como Mike Scarfia, con el numero de seguro social 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, mayor de edad, casado, propietario y vecino de Clearwater, Florida, Estados Unidos de América, quien está debidamente autorizado para representar a MJS en la presente escritura, según surge de Certificación de Resolución Corporativa suscrita por la Secretaria Auxiliar de MJS, Maritza Galán Reyes, en esta misma fecha, notarizada por el notario público aquí fedatario, Luis Oscar Berrios Orlandi, la cual no se transcribe literalmente en la presente escritura por no haberlo requerido las partes aquí comparecientes, a pesar de que Yo, el Notario, les advertí que tienen derecho a requerirlo, al cual han renunciado.--------

---**DOY FE** de mi conocimiento personal de los comparecientes y, por sus dichos, la doy de sus respectivas circunstancias personales. Me aseguran tener y, a mi juicio, tienen la capacidad legal necesaria para el presente otorgamiento, y en tal virtud, libre y voluntariamente,-------------

LUIS OSCAR BERRIOS - ORLANDI · PUERTO RICO · ABOGADO · NOTARIO

[redacted]



----------------------**EXPONEN Y CONVIENEN:**----------------------

---**PRIMERO:** La VENDEDORA representa y garantiza que es dueña en pleno y absoluto dominio y tiene la posesión quieta y pacífica de las siguientes cuatro (4) parcelas de terreno colindantes, con todas sus mejoras (si alguna) y con cuanto les pertenezca y/o sea anexo (si algo) (en adelante, en conjunto, las "PARCELAS"):----------------------------------------

---**Uno:** Parcela de terreno que tiene la siguiente descripción según el Registro de la Propiedad de Puerto Rico y la cual será llamada la "Parcela Uno" en adelante en la presente escritura:------------------------------------------------------------------

---"**RUSTICA:** Parcela marcada con el número B raya Dos (B-2) en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de ONCE MIL QUINCE PUNTO NOVECIENTOS SESENTA Y CUATRO METROS CUADRADOS (11,015.964 m.c.), equivalentes a DOS PUNTO OCHOCIENTAS TRES CUERDAS (2.803 cdas.) En lindes, por el NORTE, en una distancia de cuarenta y ocho punto quinientos sesenta y seis metros lineales (48.566 m.l.), con terrenos de CEE DEE KAY TEE, INC. y en otra distancia de ochenta y siete punto cuatrocientos veintinueve metros lineales (87.429 m.l.), con terrenos de Herminia Robles Viuda de Juan Francisco Méndez, por el SUR, en una distancia de ciento doce punto novecientos setenta y cinco metros lineales (112.975 m.l.), con la Parcela Número B raya Tres (B-3), a ser segregada de la finca principal y en otra distancia de cuarenta y nueve punto novecientos treinta cinco metros lineales (49.935 m.l.), con una Parcela de CEE DEE KAY TEE, INC., ambas a ser dedicadas a uso público para carretera, por el ESTE, en una distancia de ciento ocho punto ciento cuarenta y siete metros lineales (108.147 m.l.), con la Parcela Número B raya Uno (B-1), a ser segregada de la finca principal, y por el OESTE, en una distancia de sesenta y nueve punto sesenta y tres metros lineales (69.63 m.l.), con terrenos de CEE DEE KAY TEE, INC.------------------------------------------------------------------

---La Parcela Uno consta inscrita al folio número cien (100) del tomo número doscientos ochenta y tres (283) de la Sección de Fajardo del Registro de la Propiedad de Puerto Rico, finca número once mil ochocientos treinta y uno

LUIS OSCAR BERRIOS - ORLANDI · PUERTO RICO · ABOGADO · NOTARIO

[redacted]



(11,831).------------------------------------------------------------------

---**Dos:** Parcela de terreno que tiene la siguiente descripción según el Registro de la Propiedad de Puerto Rico y la cual será llamada la "Parcela Dos" en adelante en la presente escritura:------------------------------------------------------------------

------------------------------------------------------------------------

---**RUSTICA:** Parcela marcada con el número B raya Tres (B-3) en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de DOSCIENTOS SESENTA Y CINCO PUNTO CUATROCIENTOS CUARENTA Y NUEVE METROS CUADRADOS (265.449 m.c.), equivalentes a CERO PUNTO CERO SESENTA Y SIETE CUERDAS (0.067 cdas.). En lindes, por el NORTE y ESTE, en una distancia de ciento doce punto novecientos setenta y cinco metros lineales (112.975 m.l.), con la Parcela Número B raya Dos (B-2), a ser segregada de la finca principal, por el SUR, en una distancia de ciento once punto ochocientos treinta y siete metros lineales (111.837 m.l.), con una parcela de CEE DEE KAY TEE, INC., a ser dedicada a uso público para carretera; y por el OESTE, en una distancia de dos punto cero cero metros lineales (2.00 m.l.), con terrenos de CEE DEE KAY TEE, INC.------------------------------------------

---La Parcela Dos consta inscrita al folio número ciento cinco (105) del tomo número doscientos ochenta y tres (283) de la Sección de Fajardo del Registro de la Propiedad de Puerto Rico, finca número once mil ochocientos treinta y dos (11,832).------------------------------------------------------------------

---**Tres:** Parcela de terreno que tiene la siguiente descripción según el Registro de la Propiedad de Puerto Rico y la cual será llamada la "Parcela Tres" en adelante en la presente escritura:------------------------------------------------------------------

------------------------------------------------------------------------

LUIS OSCAR BERRIOS - ORLANDI
PUERTO RICO
ABOGADO · NOTARIO

---**RUSTICA:** Parcela compuesta de Una Cuerda (1 cda.) de terreno, equivalente a TREINTA Y NUEVE (39) AREAS Y TREINTA (30) CENTIÁREAS, sita en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, en lindes, por el NORTE, con Francisco Robles Alvira; por el SUR, con Félix Robles Albert; por el ESTE, con Juan Francisco Méndez y

[redacted]



Francisco Robles Alvira, y por el OESTE, con Martín C. Clapp y Henry Klumb.------------------------------------------------------------
--------------------------------------------------------------------------------

---La Parcela Tres consta inscrita al folio número noventa y siete (97) del tomo número ochenta (80) de la Sección de Fajardo del Registro de la Propiedad de Puerto Rico, finca número dos mil quinientos noventa y siete (2,597).---------------

---**Cuatro:** Parcela de terreno que tiene la siguiente descripción según el Registro de la Propiedad de Puerto Rico y la cual será llamada la "Parcela Cuatro" en adelante en la presente escritura:-----------------------------------------------------------

---**RUSTICA:** Finca compuesta de DIECINUEVE PUNTO TREINTA Y OCHO CUERDAS (19.38 cdas.) de terreno, equivalentes a SIETE (7) HECTÁREAS, SESENTA Y UNA (61) ÁREAS Y SETENTA (70) CENTIÁREAS, sita en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, en lindes, por el NORTE, con Félix Robles Alberty y Martina Robles; por el SUR, con Pedro Rivera; por el ESTE, con Félix Robles Alberty, Francisco Robles y Rosendo Ríos; y por el OESTE, con Elisa Collado y José Robles.--------------------------

---La Parcela Cuatro consta inscrita al folio número doscientos cuarenta y cuatro (244) del tomo número cincuenta (50) de la Sección de Fajardo del Registro de la Propiedad de Puerto Rico, finca número mil setecientos veintitrés (1,723)."-----------

--------------------------------------------------------------------------------

-----------------------**CARGAS Y GRAVÁMENES:**-------------------

---**SEGUNDO:** Representa y garantiza la VENDEDORA que las PARCELAS están libres de ocupantes y sujetas única y exclusivamente a las siguientes cargas y gravámenes y a ninguno otro:-----------------------------------------------------------------

-----**Uno:** Hipoteca en garantía de pagaré hipotecario emitido por GRAND BAY a la orden de R-G Premier Bank, por la suma principal de UN MILLÓN SETECIENTOS CINCUENTA

LUIS OSCAR BERRIOS - ORLANDI • PUERTO RICO • ABOGADO • NOTARIO

MIL DÓLARES ($1,750,000), según escritura número trescientos cuarenta y siete (347), otorgada en San Juan, Puerto Rico, el día dieciséis (16) de noviembre de mil novecientos noventa y nueve (1999), ante el notario público Carlos Castillo Matos, presentada y pendiente de despacho desde el veinticuatro (24) de noviembre de mil novecientos noventa y nueve (1999), al asiento número sesenta y siete (67) del diario número ciento sesenta y siete (167) de la Sección de Fajardo del Registro de la Propiedad de Puerto Rico. La responsabilidad o gravamen hipotecario de la referida hipoteca está distribuida entre las PARCELAS como sigue:-------------------------------------------------------------------

---a. La Parcela Uno (finca número once mil ochocientos treinta y uno [11,831]) está gravada y responde por la suma principal de DOSCIENTOS DIEZ MIL NOVECIENTOS SETENTA Y OCHO DÓLARES CON CINCUENTA CENTAVOS ($210,978.50);-----------------------------------------

---b. La Parcela Dos (finca número once mil ochocientos treinta y dos [11,832]) está gravada y responde por la suma principal de CINCO MIL CUARENTA Y TRES DÓLARES CON QUINCE CENTAVOS ($5,043.15);--------------------------

---c. La Parcela Tres (finca número dos mil quinientos noventa y siete [2,597]) está gravada y responde por la suma principal de SETENTA Y CINCO MIL DOSCIENTOS SESENTA Y OCHO DÓLARES CON OCHENTA Y UN CENTAVOS ($75,268.81); y-----------------------------------------

---d. La Parcela Cuatro (finca número mil setecientos veintitrés [1,723]) está gravada y responde por la suma

LUIS OSCAR BERRIOS - ORLANDI · ABOGADO · NOTARIO · PUERTO RICO

[redacted]



principal de UN MILLÓN CUATROCIENTOS CINCUENTA Y OCHO MIL SETECIENTOS NUEVE DÓLARES CON CINCUENTA Y CUATRO CENTAVOS ($1,458,709.54).---------

-----**Dos:** Aumento de OCHENTA Y TRES MIL DÓLARES ($83,000) en la hipoteca descrita en el inciso Uno del presente apartado SEGUNDO de esta escritura, para llevarla a la suma principal de UN MILLÓN OCHOCIENTOS TREINTA Y TRES MIL DÓLARES ($1,833,000) después de dicho aumento, el cual se efectuó mediante escritura número doscientos cincuenta y siete (257), del veintiuno (21) de noviembre de dos mil (2000), ante el notario público Carlos Castillo Matos, presentada y pendiente de despacho desde el diecisiete (17) de enero de dos mil uno (2001), al asiento doscientos cuarenta y cuatro (244) del diario ciento noventa y cuatro (194) de la Sección de Fajardo del Registro de la Propiedad de Puerto Rico. Dicho aumento de OCHENTA Y TRES MIL DÓLARES ($83,000) se distribuyó entre las PARCELAS como sigue:-----------------------------------------------

---**a.** A la Parcela Uno (finca número once mil ochocientos treinta y uno [11,831] le correspondió la suma de NUEVE MIL NOVECIENTOS SESENTA DÓLARES ($9,960);-----------------

---**b.** A la Parcela Dos (finca número once mil ochocientos treinta y dos [11,832]) le correspondió la suma de OCHOCIENTOS TREINTA DÓLARES ($830);-------------------

---**c.** A la Parcela Tres (finca número dos mil quinientos noventa y siete [2,597]) le correspondió la suma de TRES MIL TRESCIENTOS VEINTE DÓLARES ($3,320); y-----------------

---**d.** A la Parcela Cuatro (finca número mil setecientos

LUIS OSCAR BERRIOS-ORLANDI
PUERTO RICO
ABOGADO • NOTARIO

veintitrés [1,723]) le correspondió la suma de SESENTA Y OCHO MIL OCHOCIENTOS NOVENTA DÓLARES ($68,890).----------------------------------------------------------------

------CANCELACIÓN DE PAGARE(S) HIPOTECARIO(S)------

-----------------------------E HIPOTECA(S)----------------------------

---TERCERO: La hipoteca descrita en el inciso Uno del apartado SEGUNDO de la presente escritura, aumentada según se describe en el inciso Dos del apartado SEGUNDO de la presente escritura, será llamada la "HIPOTECA" en adelante en la presente escritura y el/los pagare(s) hipotecario(s) garantizado(s) mediante la HIPOTECA será(n) llamado(s) los "PAGARES HIPOTECARIOS" en adelante en la presente escritura. Representa la VENDEDORA que, simultáneamente con el otorgamiento de la presente escritura, la VENDEDORA ha pagado en su totalidad todo lo que adeudaba en virtud de la HIPOTECA y los PAGARES HIPOTECARIOS, que nada se adeuda en virtud de los mismos y que la VENDEDORA es dueña y tenedora por endoso de los PAGARES HIPOTECARIOS, los cuales están en posesión de la VENDEDORA. La VENDEDORA CANCELA en este acto la HIPOTECA y me entrega a mí el Notario, el/los original(es) de los PAGARES HIPOTECARIOS, los cuales la VENDEDORA desea cancelar y CANCELA en este acto. Según las instrucciones de la VENDEDORA y, después de cerciorarme de que me ha entregado, en efecto el/los original(es) del/de los PAGARES HIPOTECARIOS, de la cual DOY FE, Yo, el Notario, estampo en la faz del/de los PAGARES HIPOTECARIOS la palabra "CANCELADO", mi

LUIS OSCAR BERRIOS - ORLANDI
PUERTO RICO
ABOGADO • NOTARIO

firma y mi sello notarial y lo(s) taladro y, así cancelado(s) y taladrado(s), los uno al original de la presente escritura en mi protocolo de instrumentos públicos, de la cual DOY FE. La VENDEDORA respetuosamente solicita al Honorable Registrador de la Propiedad de la Sección de Fajardo del Registro de la Propiedad de Puerto Rico que inscriba en los libros a su cargo la referida cancelación para que las cuatro (4) PARCELAS queden libres del gravamen de la HIPOTECA.---------------------------------------------------------------

---------------------**AGRUPACIÓN PARA VENDER**----------------

---**CUATRO:** Las cuatro (4) PARCELAS colindan entre sí y, con el propósito de venderlas a la COMPRADORA agrupadas en una sola finca, según se dispone más adelante en la presente escritura, la VENDEDORA, en este acto y mediante la presente escritura, AGRUPA las cuatro (4) PARCELAS para que formen una sola finca registral, con la siguiente descripción, la cual será llamada la "PARCELA AGRUPADA", en adelante en la presente escritura:--------------------------------

---------**DESCRIPCIÓN DE LA PARCELA AGRUPADA**---------

--"**RUSTICA:** Parcela de terreno de forma irregular localizada en el Barrio Las Cabezas del término municipal de Fajardo, Puerto Rico, con un área superficial de NOVENTA Y UN MIL TRESCIENTOS OCHENTA Y UNO PUNTO CUATROCIENTOS TRECE METROS CUADRADOS (91,381.413 m.c.), equivalentes aproximadamente a VEINTITRÉS PUNTO VEINTICINCO CUERDAS (23.25 cdas.), en lindes, por el NORTE, en varias alineaciones, con terrenos de la Sucesión Juan F. Méndez, Sucesión Francisco Robles, Rafael Méndez, Samuel Robles, Sucesión Valentín De Jesús Belardo, camino de acceso y Benigno Robles Quiñones; por el SUR, en varias alineaciones, con Camino Municipal que conduce a Las Croabas y con terrenos de Angel L. Ayala, Angel L. Pereles y Angelina del C. Belardo; por el ESTE, en varias alineaciones, con Craig Yacoe, Sucesión Juan F. Ménez, Sucesión Francisco Robles y Rafael Méndez; y por el OESTE, en varias alineaciones, con

LUIS OSCAR BERRIOS - ORLANDI · PUERTO RICO · ABOGADO · NOTARIO

[redacted]



Angelina del C. Belardo, José González y Benigno Robles Quiñones y Consuelo Robles."-----------------------------------------

--------**COMPRAVENTA DE LA PARCELA AGRUPADA**--------

---**QUINTO:** Llevando efecto lo que tenían convenido según contrato titulado en inglés "Option Agreement", el cual fue suscrito por las mismas partes aquí comparecientes el veinticinco (25) de febrero de dos mil cuatro (2004), según affidávit número sesenta y siete (67), ante el notario público Luis Oscar Berríos Orlandi (en adelante el "Contrato de Opción"), la VENDEDORA, en este acto, mediante la presente escritura y sin necesidad de acto, trámite o documento adicional alguno, VENDE, CEDE, ENAJENA Y TRASPASA a la COMPRADORA título en pleno y absoluto domino sobre la PARCELA AGRUPADA, con todas sus mejoras, si alguna, y cuanto le es anexo, así como la posesión de la PARCELA AGRUPADA, y la COMPRADORA los COMPRA, RECIBE Y ACEPTA, con arreglo a los términos y condiciones de la presente escritura.----------------------------------------------------------

---**SEXTO:** El precio de compraventa de la PARCELA AGRUPADA (en adelante el "PRECIO DE COMPRAVENTA") asciende a la suma alzada de CUATRO MILLONES DE DÓLARES ($4,000,000), la cual no estará sujeta a modificación o ajuste alguno si la cabida de la PARCELA AGRUPADA, según mensura, resultare distinta a la que aparece en su descripción en el apartado CUARTO de la presente escritura. El PRECIO DE COMPRAVENTA se ha pagado y/o se paga como sigue:-------------------------------------

---**Uno:** La suma de CIEN MIL DÓLARES ($100,000) fue

LUIS OSCAR BERRIOS - ORLANDI · ABOGADO · NOTARIO · PUERTO RICO

[redacted]



pagada por la COMPRADORA a la VENDEDORA simultáneamente con el otorgamiento del Contrato de Opción y, por dicha suma, la VENDEDORA otorga en este acto el más eficaz recibo y formal carta de pago a favor de la COMPRADORA.-----------------------------------------------------------

---**Dos:** La suma de VEINTE MIL DÓLARES ($20,000) ha sido pagada directamente por la COMPRADORA al notario público Francisco Pujol Meneses, por cuenta de la VENDEDORA y con cargo al PRECIO DE COMPRAVENTA, por honorarios notariales en la preparación y otorgamiento de la presente escritura.--------------------------------------------------------

---**Tres:** La suma de CINCO MIL OCHOCIENTOS TREINTA Y SIETE DÓLARES ($5,837) ha sido pagada directamente por la COMPRADORA al Secretario de Hacienda de Puerto Rico, por cuenta de la VENDEDORA y con cargo al PRECIO DE COMPRAVENTA, para los sellos en el original de la presente escritura.-------------------------------------------------------

---**Cuatro:** La suma de NOVECIENTOS DIECIOCHO DÓLARES ($918) ha sido pagada directamente por la COMPRADORA al Secretario de Hacienda de Puerto Rico, por cuenta de la VENDEDORA y con cargo al PRECIO DE COMPRAVENTA, para los sellos en la primera copia certificada de la presente escritura en lo referente a la cancelación de hipoteca(s) y pagaré(s) que se lleva a cabo mediante la presente escritura.----------------------------------------

---**Cinco:** La suma de SIETE MIL DOSCIENTOS NOVENTA Y DOS DÓLARES CON CINCUENTA CENTAVOS ($7,292.50) ha sido pagada directamente por la

LUIS OSCAR BERRIOS - ORLANDI · ABOGADO · NOTARIO · PUERTO RICO

[redacted]



COMPRADORA al Secretario de Hacienda de Puerto Rico, por cuenta de la VENDEDORA y con cargo al PRECIO DE COMPRAVENTA, para los sellos, comprobantes y derechos de inscripción en el Registro de la Propiedad de Puerto Rico de la cancelación de hipoteca(s) y de la agrupación que se efectúan mediante la presente escritura.---------------------------

---**Seis:** La suma de UN MILLÓN SETECIENTOS SESENTA MIL SETECIENTOS DIEZ DÓLARES CON TREINTA Y OCHO CENTAVOS ($1,760,710.38) ha sido pagada directamente por la COMPRADORA a R-G Premier Bank, por cuenta de la VENDEDORA y con cargo al PRECIO DE COMPRAVENTA, en pago del préstamo que adeudada la VENDEDORA a R-G Premier Bank, garantizado mediante la HIPOTECA.---------------------------------------------------------------

---**Siete:** La suma de TRES MIL DÓLARES ($3,000) ha sido retenida por la COMPRADORA y depositada por la COMPRADORA en plica o "escrow" con San Juan Abstract Company, Inc. para pagar en su día al Centro de Recaudación de Ingresos Municipales ("CRIM"), por cuenta de la VENDEDORA y con cargo al PRECIO DE COMPRAVENTA, las contribuciones sobre la propiedad inmueble correspondientes a las PARCELAS hasta la fecha del otorgamiento de la presente escritura, inclusive.-------------

---**Ocho** La suma de CIEN MIL DOLARES ($100,000) ha sido pagada directamente por la COMPRADORA a R-G Premier Bank, por cuenta de la VENDEDORA y con cargo al PRECIO DE COMPRAVENTA, en pago de un préstamo que adeudaba la VENDEDORA a R-G Premier Bank. Este pago ha sido

LUIS OSCAR BERRIOS - ORLANDI
PUERTO RICO
ABOGADO • NOTARIO

[redacted]



hecho directamente a R-G Premier Bank por la COMPRADORA según instrucciones de la VENDEDORA, las cuales la VENDEDORA ratifica y confirma en este acto.---------

---**Nueve:** El balance del PRECIO DE COMPRAVENTA, después de deducir las sumas señaladas en los incisos Uno al Siete del presente apartado SEXTO de esta escritura, ascendente dicho balance a la suma de DOS MILLONES DOS MIL DOSCIENTOS CUARENTA Y DOS DÓLARES CON DOCE CENTAVOS ($2,002,242.12), ha sido pagado en su totalidad en este acto por la COMPRADORA a la VENDEDORA y, por dicha suma, la VENDEDORA otorga en este acto el más eficaz recibo y carta formal de pago a favor de la COMPRADORA.------------------------------------------------

---**SÉPTIMO:** Las contribuciones sobre la propiedad inmueble correspondientes a las PARCELAS y a la PARCELA AGRUPADA son por cuenta y cargo de la VENDEDORA hasta la fecha del otorgamiento de la presente escritura, inclusive. Si la suma retenida para el pago de dichas contribuciones, según el inciso Siete del apartado SEXTO de la presente escritura, fuere insuficiente para el pago de dichas contribuciones hasta esta fecha, la VENDEDORA se compromete a pagar la suma que, además de la que ha sido aquí retenida, fuere necesaria para completar el pago total de dichas contribuciones hasta la fecha del otorgamiento de la presente escritura. Si, por el contrario, dicha suma retenida según el inciso Siete del apartado SEXTO de la presente escritura resultare mayor que el importe de dichas contribuciones, el exceso de la suma retenida sobre el

LUIS OSCAR BERRIOS - ORLANDI • PUERTO RICO • ABOGADO • NOTARIO

[redacted]



importe de dichas contribuciones será devuelto por la COMPRADORA a la VENDEDORA dentro de los diez (10) días naturales consecutivos inmediatamente siguientes a la fecha del pago de dichas contribuciones.---------------------------

---**OCTAVO:** La COMPRADORA compra la PARCELA AGRUPADA como está y donde está ("as is, where is"), descansando en su propia inspección de dicho inmueble y no en representación alguna de la VENDEDORA acerca de la condición física del mismo y/o de su subsuelo, lo cual la COMPRADORA reconoce y acepta.---------------------------------

---**NOVENO:** Los sellos en la primera copia certificada de la presente escritura en lo referente a la compraventa que aquí se efectúa, y los sellos, aranceles, comprobantes y gastos relacionados con la inscripción de dicha compraventa en el Registro de la Propiedad de Puerto Rico son por cuenta y cargo de la COMPRADORA. Por otra parte, son por cuenta y cargo de la VENDEDORA los sellos en el original de la presente escritura, los sellos en la primera copia certificada de esta escritura en lo referente a la cancelación de pagaré(s) e hipoteca(s) que se lleva a cabo mediante la misma y los sellos, derechos, comprobantes y gastos relacionados en la inscripción de dicha cancelación y de la agrupación que aquí se efectúa en el Registro de la Propiedad de Puerto Rico, así como los honorarios notariales por la preparación y otorgamiento de la presente escritura, hasta un máximo dichos honorarios de VEINTE MIL DÓLARES ($20,000). Todas dichas sumas que son por cuenta y cargo de la VENDEDORA han sido pagadas en este acto por la

LUIS OSCAR BERRIOS-ORLANDI · PUERTO RICO · ABOGADO·NOTARIO

COMPRADORA por cuenta de la VENDEDORA y con cargo al PRECIO DE COMPRAVENTA, según se dispone en el apartado SEXTO de la presente escritura.-------------------------

---**UNDÉCIMO:** Representa la VENDEDORA a la COMPRADORA que, según el Centro de Recaudación de Ingresos Municipales de Puerto Rico ("CRIM"), los respectivos números de catastro de las PARCELAS son los siguientes:----

-----------------------------------------------------------------------------

---**a:** El número de catastro de la Parcela Uno, finca número once mil ochocientos treinta y uno (11,831), es el uno dos uno guión cero tres cero guión cero cero ocho guión cero tres guión cero cero cero (121-030-008-03-000).----------------------

---**b:** El número de catastro de la Parcela Dos, finca número once mil ochocientos treinta y dos (11,832), no se ha podido localizar.----------------------------------------------------------------

---**c:** El número de catastro de la Parcela Tres, finca número dos mil quinientos noventa y siete (2,597), es el uno dos uno guión cero tres cero guión cero cero ocho guión treinta y uno guión cero cero cero (121-030-008-31-000); y--------------------

---**d:** El número de catastro de la Parcela Cuatro, finca número mil setecientos veintitrés (1,723), es el uno dos uno guión cero cero cero guión cero cero cinco guión cincuenta y siete guión cero cero cero (121-000-005-57-000)-----------------

-----------------------------------------------------------------------------

---**DUODÉCIMO:** Las partes comparecientes se comprometen y obligan a otorgar cuantos documentos fueren necesarios, además de esta escritura, incluyendo, sin limitación, actas de subsanación y/o rectificación y/o actas

LUIS OSCAR BERRIOS - ORLANDI • PUERTO RICO • ABOGADO • NOTARIO

aclaratorias, para lograr que las transacciones objeto de la presente escritura se inscriban debidamente en el Registro de la Propiedad de Puerto Rico.----------------------------------------

---**DÉCIMO TERCERO:** Las partes comparecientes se obligan a someterse y se someten a la jurisdicción exclusiva del Tribunal General de Justicia del Estado Libre Asociado de Puerto Rico en caso de cualquier pleito o litigio relacionado con la presente escritura y/o con las transacciones objeto de la misma.------------------------------------------------------------

---**DÉCIMO CUARTO:** Las comunicaciones entre las partes comparecientes acerca de esta escritura y/o de las transacciones objeto de la misma se harán según se dispone en el Contrato de Opción.----------------------------------------------

---**DÉCIMO QUINTO:** La presente escritura será interpretada según las leyes de Puerto Rico y gobernada por las mismas.--

---**DÉCIMO SEXTO:** Excepto donde se disponga expresamente lo contrario en la presente escritura, en la misma de usan indistintamente el masculino, el femenino, el neutro y los demás géneros, al igual el plural y el singular.-----
------------------------------------------------------------------------

---**DÉCIMO SÉPTIMO:** El Notario Autorizante advierte a la COMPRADORA que, de encontrarse la PARCELA AGRUPADA o parte(s) de la misma en una zona inundable, cualquier titular u ocupante presente o futuro de la misma queda obligado por Ley a observar y cumplir con los requerimientos y disposiciones del Reglamento sobre Zonas Susceptibles de Inundación, bajo apercibimiento de que el incumplimiento con los mismos constituye un acto ilegal, a

LUIS OSCAR BERRIOS - ORLANDI · PUERTO RICO · ABOGADO · NOTARIO

[redacted]



tenor con las disposiciones de la Sección Tres (3) de la Ley Once (11) del ocho (8) de marzo de mil novecientos ochenta y ocho (1988), sobre Zonas Inundables, título veintitrés (23) de las Leyes de Puerto Rico Anotadas, sección doscientos veinticinco g (225 g). La COMPRADORA reconoce estar plenamente advertida sobre este requisito y se obliga a su fiel cumplimiento en caso de que el mismo le sea de aplicación.---

---**DÉCIMO OCTAVO:** Las partes comparecientes se presentan y garantizan mutuamente que no han intervenido corredores, "realtors", "finders" u otros intermediarios en la transacción de compraventa que se efectúa mediante la presente escritura.------------------------------------------------------

--------**LECTURA, ACEPTACIÓN Y OTORGAMIENTO**----------

----Los aquí comparecientes, en los carácteres y representaciones que respectivamente ostentan, aceptan esta escritura en los términos en que la misma está redactada, por ser conforme a lo convenido por ellos, y Yo, el Notario, en cumplimiento a lo dispuesto en la Ley, les hice las advertencias legales y pertinentes al otorgamiento.---------------

--------------------------------------------------------------------------------

---Así lo dicen y otorgan ante mí los comparecientes, sin que en el otorgamiento de esta escritura intervengan testigos instrumentales, por haber los comparecientes renunciado a tal derecho, el cual les advertí tienen.---------------------------------

--------------------------------------------------------------------------------

---Leída esta escritura por los comparecientes, se ratifican en su contenido y, encontrándola conforme a sus deseos, fijan sus iniciales en todos y cada uno de los folios de este

LUIS OSCAR BERRIOS - ORLANDI · PUERTO RICO · ABOGADO · NOTARIO

[redacted]



instrumento público y firman ante mí el mismo día de su otorgamiento y Yo, el Notario, DOY FE de ello y de todo lo anteriormente consignado en este instrumento público.----------

LUIS OSCAR BERRIOS - ORLANDI
PUERTO RICO
ABOGADO - NOTARIO

LUIS OSCAR BERRIOS - ORLANDI
PUERTO RICO
ABOGADO - NOTARIO

[redacted]



# PAGARE

---VALOR: **$1,750,000.00** VENCIMIENTO: A LA PRESENTACION

---POR VALOR RECIBIDO, a su vencimiento pagare a la orden R-G PREMIER BANK OF PUERTO RICO en su domicilio o en cualquier otro sitio que el tenedor de este Pagaré de tiempo en tiempo designe, la suma principal de **UN MILLON SETECIENTOS CINCUENTA MIL DOLARES ($1,750,000.00)** con intereses mensuales fluctuantes a razón del interés preferente "Prime Rate" prevaleciente de tiempo en tiempo en el Citibank, N.A. en sus oficinas corporativas principales en New York, U.S.A.; cuya suma será pagadera a la presentación; y si fuere puesto este Pagaré en manos de un abogado para cobro, pagaré, además, una suma equivalente al diez por ciento (10%) del valor de este Pagaré como honorarios de abogado, los que serán exigibles aún en procedimientos seguidos bajo la Ley Federal de Quiebras.

---En caso de mora en el cumplimiento de esta obligación, el tenedor a su opción podrá poner este Pagaré al cobro, por la vía judicial o de otro modo para reclamar el principal, los intereses y honorarios de abogado, sin necesidad de aviso o requerimiento así como también quedan automáticamente vencidas cualesquiera otras obligaciones que tenga el suscribiente con el tenedor de este Pagaré. La falta de ejercicio de este derecho, no se entenderá como una renuncia del mismo. Los firmantes, endosantes y todas las partes en este Pagaré, por la presente renuncian a la presentación para pago, demanda, protesto, aviso de protesto y aviso de falta de pago, y además, por la presente renuncian a todo beneficio provisto por ley en cuanto a valuación, avalúo o exención. El tenedor podrá prorrogar el vencimiento de este Pagaré, posponer acción en cuanto al cobro del mismo, conceder cualquier otra indulgencia y añadir o liberar cualquier parte primariamente o secundariamente responsable, sin afectar disminuir o menoscabar el derecho del tenedor en cuanto a recurso contra los firmantes, endosantes y todas las partes en este Pagaré, cuyo derecho por la presente se reserva expresamente. Todos los firmantes, endosantes y todas las partes en este Pagaré se someten expresamente a la jurisdicción y competencia de los tribunales insulares. Este Pagaré está garantizado y forma parte de una hipoteca otorgada por el suscribiente en esta misma fecha, ante el Notario suscribiente, según la escritura número **trescientos cuarenta y siete (347)** en la cual se estipulan obligaciones adicionales del deudor suscribiente, quedando facultado el tenedor de este Pagaré para que se valga de los derechos que hipotecariamente ~~alli se~~ le confieren.

---En San Juan, Puerto Rico, a dieciséis (16) de noviembre de mil novecientos noventa y nueve (1999).

**FERNANDO REDONDO SIERRA**
**en representación de GRAND BAY PROPERTIES, INC.**

---AFFIDAVIT NUMERO --1489--

---Reconocido y suscrito ante mí por **FERNANDO REDONDO SIERRA, en representación de GRAND BAY PROPERTIES, INC., mayor de edad, soltero, propietario y vecino de San Juan, Puerto Rico**, a quien he identificado según surge de la escritura antes mencionada.

---En San Juan, Puerto Rico, hoy dieciséis (16) de noviembre de mil novecientos noventa y nueve (1999).

**CARLOS CASTILLO MATOS**
**NOTARIO PUBLICO**

0550

Anejo A

**ENMIENDA A PAGARE**

Mediante la escritura número **doscientos cincuenta y siete (257)** sobre Modificación de Hipoteca otorgada en el día de hoy veintiuno (21) de noviembre de dos mil (2000), ante el Notario Público Carlos Castillo Matos, se modificó la hipoteca que garantiza este pagaré para que refleje que el mismo fue ampliado por la suma de **OCHENTA Y TRES MIL DOLARES ($83,000.00)** para evidenciar una deuda de principal por la cantidad de **UN MILLON OCHOCIENTOS TREINTA Y TRES MIL DOLARES ($1,833,000.00). Manteniéndose el vencimiento de dicha obligación a la presentación.** A su vez se modificó la hipoteca que garantiza el pagaré modificado y/o ampliado para que refleje que quedan también ampliados y/o modificados los créditos hipotecarios garantizados con la hipoteca, y un diez por ciento (10%) adicional de crecimento del principal y el tipo mínimo para la primera subasta a **UN MILLON OCHOCIENTOS TREINTA Y TRES MIL DOLARES ($1,833,000.00)**, según allí distribuído.

En San Juan, Puerto Rico, a **veintiuno (21) de noviembre de dos mil (2000).**

ROBERT ROBINSON MELENDEZ
en representación de **Grand Bay Properties, Inc.**

R-G PREMIER BANK OF PUERTO RICO

Por: ______________________
MARIA MARGARITA ROSALES SERRANO

AFFIDAVIT NUM. --3261--

Reconocido y suscrito ante mí por **Robert Robinson Meléndez**, en representación de **Grand Bay Properties, Inc.**, mayor de edad, soltero, propietario y vecino de San Juan, Puerto Rico y **María Margarita Rosales Serrano**, mayor de edad, casada, ejecutiva y vecina de Guaynabo, en representación de R-G Premier Bank of Puerto Rico, a quienes doy fe de conocer personalmente, en San Juan, Puerto Rico, hoy veintiuno (21) de noviembre de dos mil (2000).

CARLOS CASTILLO MATOS
NOTARIO PUBLICO