----------------------------**DEED NUMBER THREE (3)** ------------------------

---------------------------------**AGGREGATION**--------------------------------

---In San Juan, Puerto Rico, on February one (1), two thousand seven (2007).------------------------------------------------------------------------------

-------------------------------------**BEFORE ME**------------------------------------

---**JORGE CELA URENA**, Attorney and Notary Public in and for the Commonwealth of Puerto Rico, a resident of Guaynabo and with offices open to the public in San Juan, Puerto Rico.-------------------------------------

------------------------------------**COMES NOW**----------------------------------

**THE PARTY OF THE FIRST PART: MJS LAS CROABAS PROPERTIES, INC.** (hereinafter referred to as "Las CROABAS PROPERTIES"), a corporation organized and existing in accordance with the laws of Puerto Rico, represented herein by its authorized representative, DELIRYS GALAN REYES, who is of legal age, single, an office assistant and a resident of Guaynabo, Puerto Rico, whose authorization to represent Las CROABAS PROPERTIES in this deed has been evidenced by means of a Certificate of Corporate Resolution signed by the Deputy Secretary of said corporation, to wit, MARITZA GALAN REYES, on this same date, authenticated by the attesting notary public, under statement number 4,498, the text of which is not transcribed herein inasmuch as the party appearing herein has not requested it, even though I, the NOTARY, have advised said party of its right to [...]

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

[...] personal. It has, and to my judgment it does have, the necessary legal capacity to appear in this public deed and, in accordance with said capacity, it freely and voluntarily--------------------------------------------------

---------------------------------------**STATES**--------------------------------------

---**FIRST:** Las CROABAS PROPERTIES hereby states that it is the owner in fee simple absolute of the following three (3) plots of land:--------

------------------------------**PLOT NUMBER ONE**------------------------------

---**One:** **"RUSTIC:** Plot of land of irregular shape located in the Las Cabezas ward of the municipality of Fajardo, Puerto Rico, with a surface area measuring NINETY-ONE THOUSAND THREE HUNDRED EIGHTY ONE POINT FOUR HUNDRED THIRTEEN SQUARE METERS (91,381.413 sqm), equivalent to approximately TWENTY-THREE POINT TWENTY-FIVE *CUERDAS* (23.25 *cdas*), bound in the NORTH, in several alignments, with lands belonging to the Estate of Juan F. Méndez, Estate of Francisco Robles, Rafael Méndez, Samuel Robles, Estate of Valentín De Jesús Belardo, access road and Benigno Robles Quiñones; in the SOUTH, in several alignments, with a municipal road leading to Las Croabas and with lands belonging to Angel L. Ayala, Angel L. Pereles and Angelina del C. Belardo; in the EAST, in several alignments, with Craig Yacoe, Estate of Juan F. Méndez [sic], Estate of Francisco Robles and Rafael Méndez; and in the WEST, in several alignments, with Angelina del C. Belardo, José González and Benigno Robles Quiñones and Consuelo Robles."-----------------------------------------

------**REGISTRATION AND CHAIN OF TITLE INFORMATION**-----

---This plot was acquired by las CROABAS PROPERTIES through purchase from Grand Bay Properties, Inc., as recorded in deed number thirty-three (33) of May eleven (11), two thousand four (2004), executed before Notary Public Luis Oscar Berríos Orlandi, pending registration, under item [...]

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

---(i) Lot number eleven thousand, eight hundred thirty-one (11,831), recorded on page number one hundred (100) of volume number two hundred eighty-three (283) of Fajardo of the Puerto Rico Property Registry;---------------------------------------------------------------------------

---(ii) Lot number eleven thousand, eight hundred and thirty-two (11,832), recorded on page number one hundred and five (105) of volume number two hundred eighty three (283) of Fajardo of the Puerto Rico Property Registry;---------------------------------------------------------------------------

---(iii) Lot number two thousand, five hundred ninety-seven (2,597), recorded on page number ninety-eight (98) of volume number eighty (80) of Fajardo of the Puerto Rico Property Registry;---------------------------------

---(iv) Lot number one thousand, seven hundred twenty-three (1,723), recorded on page number eighty-four (84) of volume number three hundred eighty-nine (389) of Fajardo of the Puerto Rico Property Registry.-----------

---The aforementioned plot shall be hereinafter referred to as “PLOT ONE”.----------------------------------------------------------------------------

-----------------------**LIENS AND ENCUMBRANCES**-----------------------

---The referenced PLOT ONE, by its origin, is free of liens and encumbrances, except for the two (2) mortgages described below: -----------

------(i) Mortgage securing a mortgage note, issued by las CROABAS PROPERTIES on the sixteenth (16th) of [...]

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

[...] same date, executed before Notary Public Gary E. Biaggi Silva, submitted and pending dispatch since December ten (10), two thousand four (2004), under entry number one thousand, three hundred fifty-five (1,355) of journal number two hundred seventy-one (271) of Fajardo, Puerto Rico Property Registry;---------------------------------------------------

------(ii) Mortgage securing a note issued by las CROABAS PROPERTIES on May eleven (11), two thousand four (2004) in the principal amount of FOUR MILLION DOLLARS ($4,000,000), as recorded in deed number two hundred seventy-nine (279), executed in San Juan, Puerto Rico on May eleven (11), two thousand four (2004), before Notary Public Francisco J. Biaggi Landrau.-------------------------------------

------------------------------**PLOT NUMBER TWO**---------------------------

---**Two: "RUSTIC":** Lot of land located in the Cabezas ward of the municipality of Fajardo, with a surface area measuring two thousand, six hundred fifty-four point twenty-six square meters (2,654.26 sqm), bound in the NORTH, at twenty point twenty meters (20.20 m) with land belonging to Mr. José Robles, in the SOUTH, at forty meters (40.00 m) with a municipal road, in the EAST, at ninety point ten meters (90.10 m) with lands belonging to Ms. Arcadia Robles Morales and in the WEST, at eighty-nine meters (89.00 m) with Lot B.---------------------------------------

---Located in the aforementioned lot is a house built with a concrete foundation, measuring eighteen feet (18') in the front by twenty feet (20') deep.------------------------------------------------------------------------------

------**REGISTRATION AND CHAIN OF TITLE INFORMATION**-----

---The plot described above is recorded on page one hundred forty-six (146) of volume number two hundred and two (202) of [...]

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

[...] married to Eusebio García, as it arises from deed number twelve (12), executed in San Juan, Puerto Rico on March twenty-one (21), two thousand six (2006) before Notary Public Luis Oscar Berríos Orlandi. The referenced deed had been submitted for qualification and recording under entry number three hundred eighty-five (385) of journal number two hundred eighty (280). At the same time, the aforementioned person, that is, Angelina del Carmen Belardo Cabezas, acquired the PROPERTY through adjudication of title in liquidation of community, from José Carlos Belardo Rivera, married to América Garay, and Angel Enrique Belardo Rivera, married to Amelia Pérez, for the amount of five thousand dollars ($5,000.00), as it arises from deed number one hundred and fifty-one (151), executed in Fajardo, Puerto Rico on August sixteen (16), nineteen seventy-two (1972), before Notary Public José M. Lugo Zalduondo, recorded on page one hundred forty-six (146) of volume two hundred and two (202) of Fajardo, lot number seven thousand, two hundred and sixty-six (7,266), first (1st) entry.--------------------------------------------------------------------

---This plot shall hereinafter be referred to as "PLOT TWO".----------------

---The party appearing herein on behalf of las CROABAS PROPERTIES states that PLOT TWO is adjacent to PLOT ONE.-----------------------------

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

---**Three: "RUSTIC":** Lot identified with number six (6), located in the Cabezas ward of Fajardo, measuring one thousand, two hundred forty-nine point seventy-nine square meters (1,249.79 sqm), equivalent to zero point three one eight zero *cuerdas* (0.3180 *cdas*.), bound in the NORTH by lands belonging to Alfredo Robles Ríos; in the SOUTH with lot number six dash "A" (6-A); in the EAST with [property belonging to] Martín Clapp; and in the WEST with lot number five (5).---------------------------------------------

**---------REGISTRATION AND CHAIN OF TITLE INFORMATION--**

---The plot described above is recorded on page one hundred fifty-six (156) of volume number three hundred sixty-one (361) of Fajardo, Puerto Rico Property Registry, lot number fifteen thousand, four hundred ninety-eight (15,498).----------------------------------------------------------------------------

---Las CROABAS PROPERTIES acquired the referenced plot through purchase from Jorge Luis Maffioli Nieto and his wife, Seina Margarita Rodríguez Negrón, as it arises from deed number one hundred twenty-seven (127), executed in San Juan, Puerto Rico, on October eighteen (18), two thousand five (2005). The above-mentioned parties, in turn, acquired said plot through purchase from Inocencio Flores Esqueret and his wife, María Angélica Sánchez Esquilín, for the amount of sixty-two thousand, four hundred and fifty dollars (62,450.00), as it arises from deed number one hundred twenty-seven (127), executed in Fajardo, on July thirty-one (31), nineteen ninety-nine (1999), before Notary Public Tomás Miguel Acevedo Martínez, recorded on page one hundred fifty-six (156) of volume three hundred sixty-one (361) [...]

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

---The party appearing herein on behalf of las CROABAS PROPERTIES states that PLOT THREE is adjacent to PLOT ONE.---------------------------

-------------------------**LIENS AND ENCUMBRANCES**-----------------------

---PLOT THREE, per se, is free of liens and encumbrances, except for those mentioned below:-------------------------------------------------------------

---One: Mortgage securing a mortgage note in favor of Popular Mortgage, or to its order, for the principal amount of forty three thousand, four hundred dollars ($43,400.00) at nine point eight hundred seventy-five percent (9.875%), due on August one (1), two thousand nine (2009), according to deed number one hundred twenty-eight (128) executed in Fajardo, Puerto Rico, on July thirty-one (31), nineteen ninety-nine (1999), before Notary Public Tomás Miguel Acevedo Martínez, recorded on page one hundred fifty-six (156) overleaf of volume three hundred sixty-one (361) of Fajardo, lot number fifteen thousand, four hundred ninety-eight (15,498), second (2nd) recorded entry.--------------------------------------------

----------------------------------**AGGREGATION**--------------------------------

---**SECOND:** Las CROABAS PROPERTIES, as the owner in fee simple absolute of PLOT TWO and PLOT THREE, which, as indicated before, are adjacent to PLOT ONE, hereby AGGREGATES both plots to PLOT ONE, in order to [...]

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

[...] Rico, before whom a certified copy of this deed is timely submitted, to record the aggregation of the two (2) plots identified above to PLOT ONE, as a single recorded lot, in the books under his care. The description of PLOT ONE, after the aggregation of PLOT TWO and PLOT THREE, is related below:-----------------------------------------------------------------------

----------------**DESCRIPTION OF THE RESULTING PLOT**--------------

---**One: "RUSTIC:** Plot of land of irregular shape, located in the Las Cabezas ward of the municipality of Fajardo, Puerto Rico, with a surface area measuring NINETY-FIVE THOUSAND, TWO HUNDRED EIGHTY-FIVE POINT FOUR THOUSAND, SIX HUNDRED THIRTY SQUARE METERS (95,285.4630 sqm), bound in the NORTH, at several alignments, with lands belonging to Benigno Robles Quiñones, Municipal Road, Estate of Jesús Belardo, Lidia M. Rivera Concepción, Samuel Robles, Chiche, Eliezer Robles and lands belonging to Iris Mirta Ruiz (now, MJS Las Croabas Properties, Inc.); in the SOUTH, at several alignments, with State Road PR-9987, with lands property of Angel L. Perales Merced, Angel L. Ayala Camacho and Estate of Jesús Belardo; in the EAST, at several alignments, with lands property of Craig Yacoe, Iris Mirta Ruiz, Eliezer Robles, Estate of Francisco Robles, Rafael Méndez Meléndez, Chiche, plot destined for trailer parks and lands property of Samuel Robles; and in the WEST, at several alignments, with lands property of Angel L. Perales Merced, José A. González Sulivan, Benigno Robles Quiñones, Estate of Jesús Belardo and lands property of Lidia M. Rivera Concepción."--------------------------------------------------------------

---The plot resulting from the aggregation of PLOT TWO and PLOT THREE to PLOT ONE shall be hereinafter referred to as the "RESULTING PLOT".------------------------------------------------------------

----------------------------------------**VALUE**--------------------------------------

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

[...] for purposes of calculating the registration fees for this aggregation, each of these properties is assigned a value: PLOT TWO is assigned a value of THREE HUNDRED THOUSAND DOLLARS ($300,000) and PLOT THREE is assigned a value of ONE HUNDRED SITY-FIVE THOUSAND DOLLARS ($165,000), resulting in a total aggregated value of FOUR HUNDRED SIXTY-FIVE THOUSAND DOLLARS ($465,000).------------------------------------------------------------------------

--------------**ACCEPTANCE, EXECUTION AND READING**--------------

---The appearing party accepts this deed as drafted, finding it to be in accordance with its wishes, and I, the Notary, in compliance with the provisions of law, have made to said party the corresponding legal warnings regarding the execution of same.--------------------------------------

---The appearing party has read this deed and ratifies its content, and, finding that it is in keeping with its wishes, said party stamps its initials in each and every one of the pages of this public deed and proceeds to sign it before me, on the same day of its execution, and I, the Notary, hereby ATTEST to all that has been herein consigned.---------------------------------

[Translator's Note: There is a round ink stamp on the left margin of all pages of the original document provided for translation.]

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]